**Fill in this information to identify the case:**

Debtor name    **Flipdaddy's, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **1:18-bk-14408**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 19, 2018**     X **/s/ Thomas Sacco**
                 Signature of individual signing on behalf of debtor

                 **Thomas Sacco**
                 Printed name

                 **CEO**
                 Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Flipdaddy's, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF OHIO

Case number (if known)     **1:18-bk-14408**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:     **Summary of Assets**

1.     *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................     $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................     $ _____1,325,812.03

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................     $ _____1,325,812.03

Part 2:     **Summary of Liabilities**

2.     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $ _____1,295,527.27

3.     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................     $ _____176,608.48

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$ _____2,613,553.64

4.     Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b     $ _____4,085,689.39

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Flipdaddy's, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$9,900.00** |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| | **Park National Bank** | **checking** | | **$3,824.16** |
| 3.1. | **Cash Clearing FD01-FD04** | **to Checking** | | **$22,794.66** |

**4.** **Other cash equivalents** *(Identify all)*

| | **Costco - Gift Cards** | | **$67,740.00** |
|---|---|---|---|
| | **Door Dash** | | **$7,926.04** |
| 4.1. | **Amex Net Amount** | | **$5,982.65** |

| 5. | **Total of Part 1.** | | **$139,207.13** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **Duke Energy (utility deposit)** | | **$6,345.00** |
|---|---|---|---|
| 7.1. | **Connie Krebs (Land Lord)** | | **$1,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.
    | $7,345.00 |

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     80,865.24     -     0.00     = ....     $80,865.24
face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.
    | $80,865.24 |

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| 15.1. | **Flipdaddy's Alabama, LLC** | 100 | % | Estimate | $0.00 |
|---|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.
    | $0.00 |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**4 locations  - Beer**<br>**$17,173.00; food**<br>**$50,472.00; Liquor**<br>**$5,914.00; Wine $2,995** | | **$76,554.00** | | **$76,554.00** |

| | | |
|---|---|---|
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | **$76,554.00** |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>office furniture | **$864.00** | | **$864.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>4 printers, 8 laptops, 4 safes, 8 desk w/chairs;<br>mis. tables and cabinets | **$0.00** | | **$864.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$1,728.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Flipdaddy's, LLC** _____   Case number *(If known)* _____
Name

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2017 Ford Transit VIN**<br>**NMOLS7F7lhI307393; Catering van**<br>**between restaurants and events** | **$20,428.00** | | **$20,428.00** |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **46 Restaurant Capitalized Lease Equipment** | **$0.00** | | **$1,062,527.79** |

51.     **Total of Part 8.**                                                            | **$1,082,955.79** |
Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | | Case number *(If known)* | |
|--------|----------------------|--|--------------------------|--|
| | Name | | | |

| 55.1. | **Real Estate Leases - 4 locations, Mariemont; Symmes; Union; New Port** | Lease | $1,530,117.49 | | $1,530,117.49 |
|-------|---|---|---|---|---|

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Flipdaddy's Burgers & Beers; Reg. No. 3,913,131 Registered Feb 1, 2011** | $0.00 | Not Available | $0.00 |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Liquor Licenses, occupancy permits** | $0.00 | Not Available | $0.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☑ Yes

**Part 11:    All other assets**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Stored - Furniture, restaurant supplies, Orange Beach**                                    Unknown

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                               **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Flipdaddy's, LLC**_____    Case number *(if known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,364.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,345.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,865.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $76,554.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,728.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,082,955.79 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,325,812.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,325,812.03 |

**Fill in this information to identify the case:**

Debtor name __**Flipdaddy's, LLC**__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) __**1:18-bk-14408**__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **American Express Merchant Financing**<br>Creditor's Name<br><br>**PO Box 981535**<br>**El Paso, TX 79998**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/2018**<br>**Last 4 digits of account number**<br>**2800**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**90 days or less: Credit Card receivables**<br><br><br>Describe the lien<br>**Loan**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $21,797.46 | $80,865.24 |
| **2.2** **Ford Motor Credit**<br>Creditor's Name<br><br>**PO Box 790119**<br>**Saint Louis, MO 63179**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/2017**<br>**Last 4 digits of account number**<br>**2487**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2017 Ford Transit VIN NMOLS7F7Ihl307393;**<br>**Catering van between restaurants and events**<br><br>Describe the lien<br>**Vehicle**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $19,866.81 | $20,428.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Flipdaddy's, LLC**
Name

Case number (if know)   **1:18-bk-14408**

---

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Contingent
■ Unliquidated
□ Disputed

---

| 2.3 | **Kabbage** |
Creditor's Name

**925B Peachtree St. NE #1688
Atlanta, GA 30309**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8146**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**

■ No
□ Yes
**Is anyone else liable on this claim?**

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$5,200.00   $5,200.00

---

| 2.4 | **Park National Bank** |
Creditor's Name

**1075 Nimitzview Drive
Cincinnati, OH 45230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5/2016**

**Last 4 digits of account number
0090**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets of Debtor**

**Describe the lien**
**Financing Statement**
**Is the creditor an insider or related party?**

■ No
□ Yes
**Is anyone else liable on this claim?**

□ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
■ Unliquidated
□ Disputed

$790,158.00   $790,158.00

---

| 2.5 | **Park National Bank** |
Creditor's Name

**1075 Nimitzview Drive
Cincinnati, OH 45230**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Financing Statement**
**Is the creditor an insider or related party?**

■ No
□ Yes

$208,505.00   $208,505.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 4

Debtor   **Flipdaddy's, LLC**                                        Case number (if know)   **1:18-bk-14408**
         Name

**Date debt was incurred**

**5/2013**

**Last 4 digits of account number**
**3778**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.6 | **Park National Bank** | | **Describe debtor's property that is subject to a lien** | $250,000.00 | $250,000.00 |

Creditor's Name

**1075 Nimitzview Drive**
**Cincinnati, OH 45230**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Personal Guarantee Tom Kearney - Matures 2/2019**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,295,527.27 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | Line  **2.4** | |
| **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | Line  **2.3** | |
| **Kabbage**<br>**925B Peachtree St. NE #1688**<br>**Atlanta, GA 30309** | Line  **2.4** | |
| **Kabbage**<br>**925B Peachtree St. NE #1688**<br>**Atlanta, GA 30309** | Line  **2.1** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | Case number (if know) | **1:18-bk-14408** |
|--------|----------------------|------------------------|-------------------|
|        | Name                 |                        |                   |

**Park National**
**1075 Nimitzview Drive**
**Cincinnati, OH 45230**                                   Line  **2.1**

---

**Park National Bank**
**1075 Nimitzview Drive**
**Cincinnati, OH 45230**                                   Line  **2.3**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Flipdaddy's, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **1:18-bk-14408**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,565.15 | $15,565.15 |
|  | **Boone County Clerk** **3000 Conrad Lane** **Burlington, KY 41005** | ☐ Contingent ■ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Real Estate** |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,613.50 | $3,613.50 |
|  | **Campbell County Sheriff's Office** **1098 Monmouth Street, Suite 216** **Newport, KY 41071** | ☐ Contingent ■ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Real Estate Tax** |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |  |  |

| Debtor | **Flipdaddy's, LLC** | | Case number (*if known*) | **1:18-bk-14408** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,725.73 | $5,725.73 |
|---|---|---|---|---|

**City of Newport**
**PO Box 1090**
**Newport, KY 41071**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**City Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,074.04 | $4,074.04 |
|---|---|---|---|---|

**City of Union**
**1843 Mt. Zion Road**
**Union, KY 41091**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**City Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,272.72 | $51,272.72 |
|---|---|---|---|---|

**Hamilton County Treasurer**
**PO Box 740857**
**Cincinnati, OH 45274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Real Estate**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,785.10 | $46,785.10 |
|---|---|---|---|---|

**Kentucky State Treasurer**
**501 High Street**
**Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,627.55 | $3,627.55 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ohio State Treasurer
PO Box 183014
Columbus, OH 43218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CAT Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,944.69 | $45,944.69 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ohio State Treasurer
PO Box 183014
Columbus, OH 43218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $16,073.90 |

**2060 Digital
PO Box 645440
Cincinnati, OH 45264**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $8,213.77 |
|---|---|---|

**Allegra
1146 Hawstone Drive
Cincinnati, OH 45230**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $1,556.64 |
|---|---|---|

**Anderson Hills Plumbing
6229 Beechmont Avenue
Cincinnati, OH 45230**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance & Repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,690.80 |
|---|---|---|
| **ASCAP**<br>**21678 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Music Licensing Fee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.42 |
|---|---|---|
| **Ascent Systems Innovations**<br>**409 West 35th Street**<br>**Latonia, KY 41015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Security** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.25 |
|---|---|---|
| **Barry Farmer Draperies**<br>**11635 Deerfield Road**<br>**Cincinnati, OH 45242** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Maintenance & repairs** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,925.00 |
|---|---|---|
| **BDO**<br>**PO Box 642743**<br>**Pittsburgh, PA 15264** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Professional Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,107.00 |
|---|---|---|
| **Beckman Services, Inc.**<br>**7661 Fields Ertel Rd.**<br>**Cincinnati, OH 45241** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Maintenance & Repairs** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,800.00 |
|---|---|---|
| **Belden Hill Private Equity, Inc.**<br>**160 Beldon Hill Road**<br>**Wilton, CT 06897** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Convertible Note &  Interest** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☑ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|
| **Bert's Plumbing**<br>**1975 Alexandria Pike**<br>**Newport, KY 41076** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Maintenance & Repairs** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Flipdaddy's, LLC** | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**BJ Hicks**
**444 Woodwick Court**
**Cincinnati, OH 45255**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**BMI General Licensing**
**PO Box 630893**
**Cincinnati, OH 45263**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Music Licensing Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,400.00 |
|---|---|---|---|

**Christian and Carole Timoney**
**214 Fox Hill Road**
**Wethersfield, CT 06109**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note &  Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.49 |
|---|---|---|---|

**Christman Outdoor Designs**
**8833 Strout Road**
**Clarksville, OH 45113**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance & Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,648.29 |
|---|---|---|---|

**Cincinnati Bell**
**PO Box 748003**
**Cincinnati, OH 45274**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.56 |
|---|---|---|---|

**Cintas Corporation**
**3368 Turfway Road**
**Erlanger, KY 41018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance & Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,404.22 |
|---|---|---|---|

**Coca-Cola Bottling Co. Consolidated**
**PO Box 602937**
**Charlotte, NC 28260**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Food Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | Case number (*if known*) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.41 |
|---|---|---|---|

**Cold Spring Electrical Contractors**
**5097 Gary Lane**
**Newport, KY 41076**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Maintenance & Repairs__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,180.00 |
|---|---|---|---|

**Commonwealth of Kentucky**
**1003 Twilight Trail**
**Frankfort, KY 40601**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Licenses & permits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.53 |
|---|---|---|---|

**Connie Krebs**
**1162 Shayler Woods Drive**
**Batavia, OH 45103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.00 |
|---|---|---|---|

**Craftsman Electric**
**3855 Alta Avenue**
**Cincinnati, OH 45236**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Maintenance and repair__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,792.08 |
|---|---|---|---|

**Custom Mail Services**
**PO Box 37387**
**Cincinnati, OH 45222**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Marketing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Daniel and Nancy Angelillo**
**158 Fairlane Dr.**
**Wethersfield, CT 06109**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Convertible Note & Interest__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,060.33 |
|---|---|---|---|

**DarPro**
**PO Box 530401**
**Atlanta, GA 30353**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Maintenance and Repair__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,400.00**

**Dennis and Marsha Angelillo**
**370 Coppermill Road**
**Wethersfield, CT 06109**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note & Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,769.54**

**Direct TV**
**Po Box 5006**
**Carol Stream, IL 60197**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Musci TV Trivia**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,935.50**

**Duke Energy**
**PO Box 1327**
**Charlotte, NC 28201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilitites**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$920.80**

**Economy Linen**
**80 Mead Street**
**Dayton, OH 45402**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Laundry & Linens**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,600.00**

**Edward Beadle**
**168 Langford Lane**
**East Hartford, CT 06118**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note & Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.00**

**Electric Masters, Inc.**
**339 Pleasant St.**
**Covington, KY 41011**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance & Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**F Collett, LLC**
**3702 Fairfax Avenue**
**Dallas, TX 75209**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertiable Note &  Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Flipdaddy's, LLC** | | Case number (*if known*) | **1:18-bk-14408** |
|---|---|---|---|---|
| | Name | | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,132.42** |
|---|---|---|---|
| | **FG Schaefer Co.** <br> **PO Box 6505** <br> **Cincinnati, OH 45206** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Smallwares** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$896.49** |
|---|---|---|---|
| | **Florence Water & Sewer** <br> **Po Box 368** <br> **Florence, KY 41022** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Utilities** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,400.00** |
|---|---|---|---|
| | **Frank Meak** <br> **7631 Palmer Ct.** <br> **Naples, FL 34113** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Convertible Note &  Interest** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,076.07** |
|---|---|---|---|
| | **Fugazzi Co. Ltd.** <br> **3875 Virginia Avenue** <br> **Cincinnati, OH 45227** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Food** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,169.23** |
|---|---|---|---|
| | **Giles & Lenox LLC** <br> **1018 Delta Avenue Suite 202** <br> **Cincinnati, OH 45208** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Professional Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,764.38** |
|---|---|---|---|
| | **Global Work Services** <br> **19664 West 36th Avenue #611** <br> **Gulf Shores, AL 36542** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Contract Labor** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.75** |
|---|---|---|---|
| | **GNG Plumbing** <br> **24829 Canal Road** <br> **Orange Beach, AL 36561** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Maintenance & Repairs** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Flipdaddy's, LLC** | Case number (*if known*) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338,000.00** |

**Gordon Food Service**
**4980 Gateway Blvd.**
**Springfield, OH 45502**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Food**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,532.11** |

**Greater Cincinnati Water Works**
**PO Box 5487**
**Carol Stream, IL 60197**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Utitlities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$943.37** |

**Greater Comfort Heating & Air**
**PO Box 5487**
**Carol Stream, IL 60197**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Maintenance & Repairs**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,676.80** |

**Grexen**
**6170 First Financial Drive**
**Ste. 203**
**Cincinnati, OH 45236**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Maintenance & Repairs**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455,984.50** |

**Guggenheim**
**3000 Internet Blvd. #570**
**Frisco, TX 75034**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Development Agreement & Guaranty of Rental Agreement and guarnatee of lease Orange Beach Alabama**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,608.15** |

**Hartke & Associates, Inc.**
**2115 Schappelle Lane**
**Cincinnati, OH 45240**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Maintenance & Repairs**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,433.60** |

**Hershey Creamery Co.**
**301 S. Cameron Street**
**Harrisburg, PA 17101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Food**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | Case number (*if known*) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,475.12 |
|---|---|---|---|

**Humana**
PO Box 3280
Milwaukee, WI 53201

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **employee benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|---|---|---|---|

**Integrated Protection Services**
5303 Lester Road
Cincinnati, OH 45213-3000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance and Repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,515.60 |
|---|---|---|---|

**IRC Retail Centers**
PO Box 6351
Carol Stream, IL 60197

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**John Kearney**
395 S. Atlantic Ave. #204
Ormond Beach, FL 32176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note &  Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,869.34 |
|---|---|---|---|

**Marshmallow Products**
684 Dunwoodie Drive
Cincinnati, OH 45230

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,763.70 |
|---|---|---|---|

**Morgan Services, Inc.**
817 Webster Street
Dayton, OH 45404

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Laundry & Linens**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**New Century Dynamics, Inc.**
9370 Stoney Ridge Lane
Johns Creek, GA 30022

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Flipdaddy's, LLC** | | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|---|
| | Name | | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$360.00**

**Northern KY Health Dept.**
**610 Medical Village Drive**
**Edgewood, KY 41017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Licenses & Permits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,813.51**

**NTN Buzztime, Inc.**
**Dept. LA 24391**
**Pasadena, CA 91185-4391**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Music TV Trivia**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,687.55**

**NuCO2 LLC**
**PO Box 9011**
**Stuart, FL 34995**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,000.00**

**Nyhart Business Interest, LLC**
**575 Indian Hill Trail**
**Cincinnati, OH 45243**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Convertible Note &  Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,389.36**

**Oracle America Inc.**
**PO Box 203448**
**Dallas, TX 75320-3448**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Maintenance & Repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149.00**

**Perfection Pest Control**
**9967 Old Union Road**
**Union, KY 41091**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Maintenance & Repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,800.00**

**Phillip Fanning**
**62 Jaques Lane**
**South Windsor, CT 06074**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Convertible Note  & Interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,298.06 |
|---|---|---|---|

**Pic's Produce**
4756 Paddock Road
Cincinnati, OH 45229

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Food__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,950.00 |
|---|---|---|---|

**Plante & Moran, PLLC**
16060 Collections Center Drive
Chicago, IL 60693

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Professional Services__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.20 |
|---|---|---|---|

**Ralph Opp**
3133 Louders Road
Goshen, OH 45122

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Maintenance & Repairs__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,262.80 |
|---|---|---|---|

**RIver City Dist., INC.**
PO Box 58369
Louisville, KY 40268

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Beer__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Robert Dames**
444 Ashworth Ct.
Cincinnati, OH 45255

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Convertible Note__

Is the claim subject to offset? ☐ No  ☒ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**Ron McDermott**
26 Sherman Avenue
Fort Thomas, KY 41075

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Music TV Trivia__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.24 |
|---|---|---|---|

**Rumpke**
PO Box 538708
Cincinnati, OH 45253

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trash Removal__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$696.00** |
|---|---|---|---|

**Sanitation District No. 1**
1045 Eaton Drive
Fort Wright, KY 41017

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$636.15** |
|---|---|---|---|

**SESAC, Inc.**
PO Box 5246
New York, NY 10019

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Music Licensing Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$561.80** |
|---|---|---|---|

**Signal Networking**
8329 E. Main Street
Apt. 1
Alexandria, KY 41001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$562.85** |
|---|---|---|---|

**Staples**
Department DET
PO Box 83689
Chicago, IL 60696-3689

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00** |
|---|---|---|---|

**Steven A. Crawford**
423 Knollwood Drive
Highland Heights, KY 41076

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Convertible Note & Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,024.00** |
|---|---|---|---|

**Stoll-Keenan-Ogden**
PO Box 11969
Lexington, KY 40579-1969

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$556.40** |
|---|---|---|---|

**TalentReef, INC.**
210 University Blvd.
Suite 300
Denver, CO 80206

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dues & Subscriptions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,848.29** |
|---|---|---|---|

**Teasdale Fenton**
**12145 Centron Place**
**Cincinnati, OH 45246**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance & Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,000.00** |
|---|---|---|---|

**The Fortuity Group**
**151 West Congress Street**
**Suite 420**
**Detroit, MI 48226**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note & Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$372,400.00** |
|---|---|---|---|

**Thomas B. Kearney**
**7844 Classics Drive**
**Naples, FL 34113**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertible Note &  Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$640,000.00** |
|---|---|---|---|

**Thomas Kearney**
**7844 Classics Drive**
**Naples, FL 34113**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2018**

Last 4 digits of account number _

Basis for the claim:  **loan to business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,558.63** |
|---|---|---|---|

**Thompson Hine**
**312 Walnut Street**
**14th Floor**
**Cincinnati, OH 45202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,709.99** |
|---|---|---|---|

**Titan Mechanical Solutions LLC**
**11003 State Route 128**
**Harrison, OH 45030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance & Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**TNS Jack, LLC EIN#27-2396796**
**15 Hawthorne Lane**
**Coto De Caza, CA 92679**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flipdaddy's, LLC** | Case number (if known) | **1:18-bk-14408** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,541.65 |
|---|---|---|---|

**UBS Financial Services**
**184 Limberty corner Road**
**1st Floor**
**Warren, NJ 07059**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,418.00 |
|---|---|---|---|

**WJW Management, Inc.**
**6952 12th Street W.**
**Jacksonville, FL 32220**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Maintenance & Repair**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    176,608.48 |
| **5b. Total claims from Part 2** | 5b.  + | $    2,613,553.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    2,790,162.12 |

**Fill in this information to identify the case:**

Debtor name  **Flipdaddy's, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **1:18-bk-14408**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Corporate Office Lease** |
| State the term remaining | **Connie Krebs**<br>**1162 Shayler Woods Drive**<br>**Batavia, OH 45103** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Newport Restaurant Lease** |
| State the term remaining | **IRC Retail Centers**<br>**PO Box 6351**<br>**Carol Stream, IL 60197** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Symmes Restaurant Lease** |
| State the term remaining | **KTM II, LLC**<br>**c/o UBS Financial Services**<br>**184 Liberty Corner Road, 1st floor**<br>**Warren, NJ 07059** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Union Restaurant Lease** |
| State the term remaining | **Marshmallow Products, Inc.**<br>**684 Dunwoodie Drive**<br>**Cincinnati, OH 45230** |
| List the contract number of any government contract | |

| Debtor 1 | **Flipdaddy's, LLC** | | | Case number *(if known)* | **1:18-bk-14408** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Personal Guarantee by Robert Dames** | |
|---|---|---|---|
| | State the term remaining | | **The Myers Y Cooper Company** |
| | List the contract number of any government contract | | **9301 Montgomery Rd. Suite 2B** **Cincinnati, OH 45242** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Flipdaddy's, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **1:18-bk-14408**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Robert Dames** | **444 Ashworth Ct.** **Cincinnati, OH 45255** | **American Express** **Merchant Financing** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 **Tom Kearney** | **7844 Classics Drive** **Naples, FL 34113** | **Park National Bank** | ■ D    **2.4** ☐ E/F _____ ☐ G _____ |
| 2.3 **Tom Kearney** | **7844 Classics Drive** **Naples, FL 34113** | **Park National Bank** | ■ D    **2.5** ☐ E/F _____ ☐ G _____ |
| 2.4 **Tom Kearney** | **7844 Classics Drive** **Naples, FL 34113** | **Park National Bank** | ■ D    **2.6** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Flipdaddy's, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **1:18-bk-14408**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ☐ Operating a business ■ Other   **Flipdaddy's** | **$6,703,086.09** |
   | **For prior year:** From  **1/01/2017** to **12/31/2017** | ☐ Operating a business ■ Other   **Flipdaddy's** | **$7,649,724.07** |
   | **For year before that:** From  **1/01/2016** to **12/31/2016** | ☐ Operating a business ■ Other   **Flipdaddy's** | **$7,621,720.73** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Debtor   **Flipdaddy's, LLC**                                         Case number *(if known)*  **1:18-bk-14408**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Robert T. Dames**<br>**444 Ashworth Court**<br>**Cincinnati, OH 45255** | **Disputed** | **$425,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Settlement on litigation**<br>**claim and purchase of**<br>**membership interest** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attached Exhibit B** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Flipdaddy's, LLC**                                              Case number *(if known)*  **1:18-bk-14408**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Robert T. Dames, -vs-**<br>**Thomas B. Kearney, et al**<br>**A1804099** | **Settlement**<br>**Agreement** | **Hamilton County**<br>**1000 Main Street**<br>**Room 410**<br>**Cincinnati, OH 45202** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. **Free Tourist Book, -vs-**<br>**Flipdaddy's Burgers & Beers**<br>**05-SM-2018-902943.00** | **Civil** | **Baldwin County**<br>**Alabama** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Putting for Parkinson's** | | **8/27/2018** | **$328.58** |
| **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. **United Way** | | **10/11/2018** | **$200.00** |
| **Recipients relationship to debtor**<br>**None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Food Spoilage** | | **10/9/2018** | **$13,696.00** |
| **Repairs** | | **9/12/2018** | **$10,164.98** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Flipdaddy's, LLC** | Case number *(if known)* | **1:18-bk-14408** |
|---|---|---|---|

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Diller and Rice, LLC 124 East Main Street Van Wert, OH 45891** | **Attorney Fees;** | **11/13/2018** | **$7,258.16** |
| | **Email or website address Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Diller and Rice, LLC 124 East Main Street Van Wert, OH 45891** | **Retainer Fee** | **11/30/18** | **$15,000.00** |
| | **Email or website address Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com** | | | |
| | **Who made the payment, if not debtor? Thomas Kearney** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankrupcies** |
|---|---|

15. **Health Care bankruptcies**

| Debtor | **Flipdaddy's, LLC** | Case number *(if known)* | **1:18-bk-14408** |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230** | XXXX-7312 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Flipdaddy's, LLC**                                        Case number (if known)  **1:18-bk-14408**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Harris Warehousing 4261 Crawford Avenue Cincinnati, OH 45223** | **Tom Sacco** | **Inventory - See Attached Exhibit** | ☐ No ■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

| Debtor | **Flipdaddy's, LLC** | Case number *(if known)* | **1:18-bk-14408** |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Flipdaddy's Alabama, LCC**<br>**2102 US Hwy. 98**<br>**Daphine, AL** | **Restaurant** | EIN:<br><br>From-To   **9/17/17 - 9/30/17** |

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Bookwerks**<br>**1311 Vine St.**<br>**Cincinnati, OH 45202** | **6/17 - Present** |
| 26a.2.  **Two Heads**<br>**1311 Vine St.**<br>**Cincinnati, OH 45202** | **11/16 - 12/17** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Bookwerks**<br>**1311 Vine St.**<br>**Cincinnati, OH 45202** | **6/17 to present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **BDO**<br>**221 E. 4th St. #2600**<br>**Cincinnati, OH 45202** | **On going** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.3.  **Plante-Moran**<br>**537 E. Pete Rose Way**<br>**Cincinnati, OH 45202** | **August,  2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Same As Above** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **See Attached** | |

| Debtor | **Flipdaddy's, LLC** | Case number *(if known)*  **1:18-bk-14408** |
|---|---|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ben Kerr** | **11/4/2018** | **$11,602.51** |
| | Name and address of the person who has possession of inventory records | | |
| | **Set Brooksbank** | | |
| 27.2. | **Amy Mills** | **11/12/2018** | **$13,676.79** |
| | Name and address of the person who has possession of inventory records | | |
| | **Will Loichinger** | | |
| 27.3. | **Scott Moody** | **11/4/2018** | **$12,362.86** |
| | Name and address of the person who has possession of inventory records | | |
| | **Devin Keith** | | |
| 27.4. | **Jesse Onate** | **11/11/2018** | **$12,829.74** |
| | Name and address of the person who has possession of inventory records | | |
| | **Eric McQuinn** | | |
| 27.5. | **Ben Kerr** | **11/4/2018** | **$7,678.84** |
| | Name and address of the person who has possession of inventory records | | |
| | **Ben Kerr** | | |
| 27.6. | **Amy Mills** | **10/28/2018** | **$6,527.61** |
| | Name and address of the person who has possession of inventory records | | |
| | **Amy Mills** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

| Debtor | **Flipdaddy's, LLC** | | Case number *(if known)* **1:18-bk-14408** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KTM, LLC** | **7844 Classics Drive**<br>**Naples, FL 34113** | **Class A** | **58.9%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas A. Collett** | **2215 Cedar Springs #801**<br>**Dallas, TX 75201** | **Class B** | **6.8%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Fortuity Group, LLC** | **151 W. Congress Street, Suite #420**<br>**Detroit, MI 48266** | **Class B** | **10.2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pamm Kelley and Chris Kelley** | **49 Woodhill Road**<br>**Wilton, CT 06897** | **Class B** | **6.8%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Kearney** | **1781 Pebble Beach Drive #314**<br>**Fort Myers, FL 33907** | **Class B** | **6.8%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Robert T. Dames** | **444 Ashworth Ct.**<br>**Cincinnati, OH 45255** | **President** | **Terminated**<br>**6-21-18** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Edward Biery** | **3475 Lindenwood Dr.**<br>**Erlanger, KY 41018** | **COO** | **Terminated**<br>**3/15/2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert T. Dames** | **425,000.00** | **6/12/18** | **Stock Redemption** |
| | **Relationship to debtor**<br>**unrelated** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Flipdaddy's, LLC**                                         Case number *(if known)*  **1:18-bk-14408**

---

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2018**

**/s/ Thomas Sacco**                                    **Thomas Sacco**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

As of 11/16/2018

| Date | Transaction | Payment |
|---|---|---|
| 11/20/17 | Banner Life Ins. (Ed Biery Life Insurance) | $123.81 |
| 11/20/17 | Banner Life Ins. (Bob Dames Life Insurance) | $230.13 |
| 11/24/17 | Acura Financial (Bob Dames car) | $579.33 |
| 11/27/17 | Melissa Sullivan (Travel reimbursement to OBA) | $1,874.96 |
| 12/01/17 | Bob Dames | $700.00 |
| 12/04/17 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 12/06/17 | Bob Dames | $2,500.00 |
| 12/18/17 | Banner Life Ins. (Ed Biery Life Insurance) | $123.81 |
| 12/18/17 | Banner Life Ins. (Bob Dames Life Insurance) | $230.13 |
| 12/26/17 | Acura Financial (Bob Dames car) | $579.33 |
| 01/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 01/16/18 | Bob Dames (Travel reimbursement) | $191.32 |
| 01/17/18 | Banner Life Ins. (Ed Biery Life Insurance) | $123.81 |
| 01/18/18 | Banner Life Ins. (Bob Dames Life Insurance) | $230.13 |
| 01/23/18 | Acura Financial (Bob Dames car) | $579.33 |
| 02/01/18 | Bob Dames | $2,200.00 |
| 02/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 02/20/18 | Banner Life Ins. (Bob Dames Life Insurance) | $230.13 |
| 02/20/18 | Banner Life Ins. (Ed Biery Life Insurance) | $123.81 |
| 02/23/18 | Bob Dames | $2,600.00 |
| 02/23/18 | Acura Financial (Bob Dames car) | $579.33 |
| 03/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 03/09/18 | CMSquared (Altos general contractor) | $11,680.00 |
| 03/14/18 | Bob Dames | $1,500.00 |
| 03/14/18 | Bob Dames | $1,500.00 |
| 03/15/18 | Bob Dames | $2,500.00 |
| 03/19/18 | Banner Life Ins. (Bob Dames Life Insurance) | $230.13 |
| 03/19/18 | Banner Life Ins. (Ed Biery Life Insurance) | $123.81 |
| 03/23/18 | Acura Financial (Bob Dames car) | $579.33 |
| 03/26/18 | Bob Dames | $2,500.00 |
| 03/29/18 | Alto (Open bank account) | $500.00 |
| 04/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 04/02/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 04/05/18 | John Kearney (Note interest) | $200.00 |
| 04/05/18 | Steven A. Crawford (Note interest) | $1,500.00 |
| 04/05/18 | Bob Dames (Note interest) | $600.00 |
| 04/05/18 | The Fortuity Group (Note interest) | $2,000.00 |
| 04/05/18 | Belden Hill Private Equity, LLC (Note interest) | $400.00 |
| 04/05/18 | Edward Beadle (Note interest) | $800.00 |
| 04/05/18 | Tom Kearney (Note interest) | $7,000.00 |
| 04/09/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 04/10/18 | Lee Moeller (Alto consultant) | $1,000.00 |
| 04/11/18 | Melissa Sullivan (Travel reimbursement) | $229.00 |
| 04/16/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 04/16/18 | Bob Dames (Note interest) | $1,081.15 |
| 04/23/18 | Bob Dames | $500.00 |
| 04/23/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 04/24/18 | Acura Financial (Bob Dames car) | $579.33 |
| 04/26/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 04/26/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 04/30/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 05/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 05/03/18 | Bob Dames | $1,000.00 |
| 05/07/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 05/07/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 05/14/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 05/14/18 | Bob Dames | $732.14 |
| 05/15/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 05/21/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 05/21/18 | Lee Moeller (Alto consultant) | $2,000.00 |

| Date | Description | Amount |
|---|---|---|
| 05/23/18 | Acura Financial (Bob Dames car) | $579.33 |
| 05/29/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 06/04/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 06/04/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 06/04/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 06/06/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 06/06/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 06/08/18 | Woodhil Capital (Alto lease downpayment) | $3,191.81 |
| 06/11/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 06/13/18 | Lee Moeller (Alto consultant) | $2,000.00 |
| 06/18/18 | Bob Dames (Guarantee fee) | $2,596.15 |
| 06/25/18 | Melissa Sullivan (Reimbursement for Alto vendor) | $3,367.91 |
| 06/25/18 | Acura Financial (Bob Dames car) | $579.33 |
| 07/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 08/02/18 | Tom Kearney (Guarantee fee) | $2,800.00 |
| 09/11/18 | Bob Dames (Note interest) | $390.41 |
| 09/11/18 | Bob Dames (Note interest) | $900.00 |
| 09/11/18 | David Maier (Help wanted signs) | $170.40 |
| 09/18/18 | David Maier (Help wanted signs) | $170.40 |
| 10/10/18 | Bob Dames (Note interest) | $600.00 |

As of 11/16/2018

| Date | Transaction | Payment |
|------|-------------|---------|
| 08/21/18 | Gordon Food Service | $7,966.78 |
| 08/21/18 | Gordon Food Service | $7,964.75 |
| 08/23/18 | Myers Y Cooper Co. | $9,919.25 |
| 08/24/18 | Gordon Food Service | $11,692.35 |
| 08/24/18 | Gordon Food Service | $8,149.76 |
| 08/27/18 | Humana | $6,282.92 |
| 08/28/18 | Gordon Food Service | $8,944.08 |
| 08/28/18 | Gordon Food Service | $8,966.02 |
| 08/31/18 | Gordon Food Service | $17,325.82 |
| 08/31/18 | Gordon Food Service | $7,774.92 |
| 09/04/18 | Park National Bank | $7,125.99 |
| 09/06/18 | Guggenheim | $25,349.75 |
| 09/13/18 | Zurich North America | $10,741.91 |
| 09/17/18 | IRC Retail Centers | $22,257.80 |
| 09/17/18 | Marshmallow Products | $9,166.67 |
| 09/17/18 | Myers Y Cooper Co. | $9,919.25 |
| 09/24/18 | DEPT OF REVENUE KY | $12,950.50 |
| 09/25/18 | Gordon Food Service | $7,578.75 |
| 09/26/18 | Ohio State Treasurer | $14,973.58 |
| 09/28/18 | Gordon Food Service | $10,617.82 |
| 09/28/18 | Gordon Food Service | $6,005.15 |
| 09/28/18 | Humana | $5,923.90 |
| 09/28/18 | Myers Y Cooper Co. | $9,919.25 |
| 10/02/18 | Gordon Food Service | $6,801.57 |
| 10/03/18 | Park National Bank | $7,125.99 |
| 10/03/18 | Gordon Food Service | $7,608.75 |
| 10/05/18 | Gordon Food Service | $9,399.50 |
| 10/05/18 | Gordon Food Service | $7,792.67 |
| 10/10/18 | Gordon Food Service | $8,192.21 |
| 10/10/18 | Gordon Food Service | $9,474.43 |
| 10/12/18 | Gordon Food Service | $11,854.87 |
| 10/12/18 | Gordon Food Service | $11,854.87 |
| 10/12/18 | Gordon Food Service | $10,476.62 |
| 10/12/18 | Myers Y Cooper Co. | $9,919.25 |
| 10/15/18 | Pic's Produce | $8,000.00 |
| 10/16/18 | Gordon Food Service | $9,488.53 |
| 10/16/18 | Gordon Food Service | $8,879.49 |
| 10/19/18 | Gordon Food Service | $8,008.88 |
| 10/19/18 | Gordon Food Service | $12,031.76 |
| 10/29/18 | City of Newport | $8,449.55 |
| 10/30/18 | Marshmallow Products | $9,166.67 |
| 11/01/18 | IRC Retail Centers | $22,257.80 |
| 11/02/18 | Gordon Food Service | $5,931.74 |
| 11/05/18 | Park National Bank | $7,125.99 |
| 11/13/18 | Diller & Rice LLC | $7,258.16 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Flipdaddy's, LLC** _____  Case No. _____
                                    Debtor(s)      Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept compensation as approval by court ............  $ _____ **0.00**

    Prior to the filing of this statement I have received ...................................................  $ _____ **15,000.00**

    Balance Due ..................................................................................................................  $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☑ Other (specify):    **Thomas Kearney**

3.  The source of compensation to be paid to me is:

    ☐ Debtor      ☑ Other (specify):    Thomas Kearney

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____        **/s/ Steven L. Diller**
_Date_                                          **Steven L. Diller 0023320**
                                                _Signature of Attorney_
                                                **Diller and Rice, LLC**
                                                **124 East Main Street**
                                                **Van Wert, OH 45891**
                                                **419-238-5025  Fax: 419-238-4705**
                                                **Steven@drlawllc.com; Kim@drlawllc.com;**
                                                **Eric@drlawllc.com**
                                                _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Flipdaddy's, LLC**                                                    Case No.    **1:18-bk-14408**

                                                    Debtor(s)         Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **10 Yarmouth Road LLC**<br>**160 Beldon Hill Road**<br>**Wilton, CT 06897** | **Class B** | **24** | **0.4%** |
| **Arthur Fuller** | **Class B** | **23.6111** | **0.4%** |
| **David Maier**<br>**332 Elm Crest Drive**<br>**Milford, OH 45150** | **Class B** | **20** | **0.3%** |
| **Doug Reynolds**<br>**38661 N. 104th Place**<br>**Scottsdale, AZ 85262** | **Class B** | **20** | **0.3%** |
| **Edward Beadle**<br>**168 Langford Lane**<br>**East Hartford, CT 06118** | **Class B** | **11.8055** | **.02%** |
| **Edward Biery**<br>**3475 Lindenwood Drive**<br>**Erlanger, KY 41018** | **Class B** | **260** | **4.4% services rendered** |
| **Iron Family Holdings, LLC**<br>**515 Anchor Rode Drive**<br>**Naples, FL 34103** | **Class B** | **25** | **0.4%** |
| **John Kearney**<br>**1781 Pebble Beach Drive #134**<br>**Fort Myers, FL 33907** | **Class B** | **400** | **6.8%** |
| **KTM, LLC**<br>**7844 Classics Drive**<br>**Naples, FL 34113** | **Class A** | **3,465** | **58.9% Cash & Services Rendered** |
| **Linda Ricca**<br>**50 Deforest Road**<br>**Wilton, CT 06897** | **Class B** | **12** | **0.2%** |
| **Lindsay Garber**<br>**5821 Karen Lane**<br>**Milford, OH 45150** | **Class B** | **10** | **0.2%** |
| **Louis J. Manetti Trust**<br>**Louis J. Manetti Trustee**<br>**317 E. Haven Street**<br>**Arlington Heights, IL 60005** | **Class B** | **100** | **1.7%** |

Sheet 1 of 2 in List of Equity Security Holders

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re:  **Flipdaddy's, LLC**                                      Case No.  **1:18-bk-14408**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Melissa Sullivan**<br>**1164 Creekstone Drive**<br>**Batavia, OH 45103** | **Class B** | **10** | **0.2%** |
| **Pam Kelley  & Chris Kelley**<br>**49 Woodhill Road**<br>**Wilton, CT 06897** | **Class B** | **400** | **6.8%** |
| **Peter Andruszkiewicz**<br>**10604 Tirano Court**<br>**Fort Myers, FL 33913** | **Class B** | **50** | **0.9%** |
| **Steven Crawford**<br>**423 Knollwood**<br>**Newport, KY 41076** | **Class B** | **48** | **0.8%** |
| **The Fortuity Group, LLC**<br>**151 W. Congress Street, Suite #420**<br>**Detroit, MI 48226** | **Class B** | **600** | **10.2%** |
| **Thomas A. Collett**<br>**2215 Cedar Springs #801**<br>**Dallas, TX 75201** | **Class B** | **400** | **6.8%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 19, 2018**                   Signature  **/s/ Thomas Sacco**
_____               _____
                                                **Thomas Sacco**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy