# United States Bankruptcy Court
## Southern District of Ohio

In re   **Flipdaddy's, LLC** _____    Case No.   **1:18-bk-14408** _____

_____ Debtor(s)    Chapter   **11** _____

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith: **Form 206(F)** to add Four (4) creditors inadvertently not included; **Form 206(G)** to add additional leases; **Form 207 Statement of Financial Affairs; Part 1, Question 1. Gross revenue from business.** Amend gross revenue from 1/1/2018 filing date to $7,023,260.85; Amend dates, 12/26/16 - 12/31/17 and 12/28/15 - 12/25/16; **Part 2, Question 3: Certain payments or transfers to creditors within 90 days before filing of case.** Amend to delete 3.2; Robert T. Dames as the $425,000.00 payment was made 119 days before filing of the case; **Part 2, Question 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider.** Amend to add Payment to Robert T. Dames, $425,000.00, on August 9, 2018; **Part 2, Question 7:** Amendment to add Guggenheim Development Services, LLC -vs- Flipdaddy's LLC, Cause No. DC 18-16434; District Court, Judicial District, Dallas, Texas. **Part 13, Question 25.1 Other business in which the debtor has or has had an interest.** Amend date 7/3/16-9/30/18. **Part 13, Question 26a.1. Books, records, and financial statements, Amend dates of service** 6/17-11/30/18; **Question 26b.1.** Amend date 6/17 to 11/30/18; **Question 26b.2 Books, records, and financial statements,** Add Leah Douglas, 7406 Jager Ct. Cincinnati, OH  45230, 10/15/18 to present; Mary Ann Barnett, 7406 Jager Ct., Cincinnati, OH  45230, 9/30/13-Present; **Question 20 Off-premises storage** Amend to change to David Maier, contact person; **Equity Security Holders** Amended to include address for Arthur Fuller

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:   United States Trustee Attorney, Douglas Hawkins, 36 East Seventh, Suite 2030, Cincinnati, OH  45202; Guggenheim Development Services, LLC, 300 Internet Blvd. #570, Frisco, TX 75034; Robert Dames, 444 Ashworth Ct., Cincinnati, OH  45255; Arthur Fuller, 301 Fulling Mill Lane, Fairfield, CT  06824  and to the list of individuals and entities attached hereto.

Date:  *1-11-19*

/s/ Steven L. Diller
_____
Steven L. Diller 0023320
Attorney for Debtor(s)
**Diller and Rice, LLC**
**124 East Main Street**
**Van Wert, OH 45891**
**419-238-5025 Fax:419-238-4705**
**Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com**

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Flipdaddy's, LLC**

Debtor(s)

Case No.   **1:18-bk-14408**

Chapter   **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule F, Schedule G, Statement of Financial Affairs and List of Equity Security Holders, consisting of __ 18 __ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 11, 2019**

Signature **/s/ Thomas Sacco**

**Thomas Sacco**
**CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Flipdaddy's, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **1:18-bk-14408**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................    $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................    $    1,325,812.03

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................    $    1,325,812.03

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $    1,295,527.27

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    176,608.48

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$    2,266,153.64

4.    **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b    $    3,738,289.39

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Flipdaddy's, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) **1:18-bk-14408**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Brynmawr Bank Corporation**
**620 West Germantown Pike**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Guarantee of Equipment lease Orange Beach**

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**FD Orange Beach 859, LLC**
**24221 Perdido Bach Blvd.**
**Orange Beach, AL 36561**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Guarantee of lease of Filpdaddy's Alabama, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
**Thomas J. Lynch, CAE**
**20 Starview Drive**
**Hillsborough, NJ 08844**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertable Note & Interest**

Is the claim subject to offset? ■ No  ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
**Woodhill Capital Corp.**
**13 S. Cayuga Road**
**Williamsville, NY 14221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Guarantee of Equipment leases Orange Beach,
Alabama**

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

Debtor    **Flipdaddy's, LLC**            Case number (if known)    **1:18-bk-14408**
       Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $     25,000.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $     25,000.00 |

Fill in this information to identify the case:

Debtor name **Flipdaddy's, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)   **1:18-bk-14408**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

### 2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease Orange Beach** | |
|---|---|---|---|
| | State the term remaining | **5/15/2021** | **Alliance Funding Group (Pawnee Leasing) 3745 W. Chapron Avenue, Suite 200 Orange, CA 92868** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Kitchen Equipment Newport** | |
|---|---|---|---|
| | State the term remaining | **3/25/20** | **Amerifund 2275 Half Day Road  #343 Bannockburn, IL 60015** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **POS Systems; all restaurants and kitchen equipment, Orange Beach** | |
|---|---|---|---|
| | State the term remaining | **5/15/2021** | **Ascentium Capital, LLC 23970 Highway 59 N Kingwood, TX 77339** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Office Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Connie Krebs 1162 Shayler Woods Drive Batavia, OH 45103** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1 **Flipdaddy's, LLC**

First Name     Middle Name     Last Name

Case number *(if known)* **1:18-bk-14408**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Newport Restaurant Lease**

State the term remaining — **7/28/2024**

List the contract number of any government contract

**IRC Retail Centers**
**PO Box 6351**
**Carol Stream, IL 60197**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Fire system inspection and maintenance**

State the term remaining — **5/6/2021**

List the contract number of any government contract

**Koorsen Fire and Security**
**10608 Millington Court**
**Cincinnati, OH 45242**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Symmes Restaurant Lease**

State the term remaining — **4/30/2021**

List the contract number of any government contract

**KTM II, LLC**
**c/o UBS Financial Services**
**184 Liberty Corner Road, 1st floor**
**Warren, NJ 07059**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment leases for Orange Beach and Symmes**

State the term remaining — **10/23/2020 and 5/15/2021**

List the contract number of any government contract

**M-2 Lease Funds, LLC**
**175 N. Patrick Blvd., Suite 140**
**Brookfield, WI 53045**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Union Restaurant Lease**

State the term remaining — **4/7/2023**

List the contract number of any government contract

**Marshmallow Products, Inc.**
**684 Dunwoodie Drive**
**Cincinnati, OH 45230**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment lease Orange Beach**

State the term remaining — **5/15/2020**

List the contract number of any

**Navitas Credit Corp.**
**203 Ft. Wade Road, Suite 300**
**Ponte Vedra, FL 32081**

---

| Debtor 1 | Flipdaddy's, LLC | | | Case number (*if known*) | 1:18-bk-14408 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Orange Beach** | |
|---|---|---|---|
| | State the term remaining | **5/15/2022** | **Targeted Lease Capital 550 Main Street, Suite 300 Williamsville, NY 14221** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Mariemont Restaurant to Robert Dames; assumed by Debtor** | |
|---|---|---|---|
| | State the term remaining | **6/30/24** | **The Myers Y Cooper Company 9301 Montgomery Rd. Suite 2B Cincinnati, OH 45242** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Copier at corporate and AC Unit at Marimont** | |
|---|---|---|---|
| | State the term remaining | **3/15/2020 and 6/1/2022** | **US Bank Equipment Financial 1310 Madrid Street Marshall, MN 56258** |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name    **Flipdaddy's, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **1:18-bk-14408**

☑ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business ☑ Other  **Flipdaddy's** | $7,023,260.85 |
   | **For prior year:** From **12/26/16** to 12/31/**2017** | ☐ Operating a business ☑ Other  **Flipdaddy's** | $7,649,724.07 |
   | **For year before that:** From **12/28/15** to **12/25/2016** | ☐ Operating a business ☑ Other  **Flipdaddy's** | $7,621,720.73 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **Flipdaddy's, LLC**                                    Case number (if known)  **1:18-bk-14408**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **See Attached Exhibit A** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached Exhibit B** | | $0.00 | |
| 4.2. **Robert Dames**<br>**444 Ashworth Ct.**<br>**Cincinnati, OH 45255**<br>unrelated third party | **August 9, 2018** | **$425,000.00** | **Settlement on litigation claim and purchase of membership interest.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Robert T. Dames, -vs-**<br>**Thomas B. Kearney, et al**<br>**A1804099** | **Settlement Agreement** | **Hamilton County**<br>**1000 Main Street**<br>**Room 410**<br>**Cincinnati, OH 45202** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. **Free Tourist Book, -vs-**<br>**Flipdaddy's Burgers & Beers**<br>**05-SM-2018-902943.00** | **Civil** | **Baldwin County**<br>**Alabama** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Flipdaddy's, LLC**                                          Case number *(if known)* <u>1:18-bk-14408</u>

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Guggenheim Development Services, LLC -vs- Flipdaddy's, LLC**<br>**Cause No. DC 18-16434** | Civil | **District Court**<br>**Judicial District**<br>**Dallas, TX** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Putting for Parkinson's** | | 8/27/2018 | $328.58 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **United Way** | | 10/11/2018 | $200.00 |
| | Recipients relationship to debtor<br>**None** | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Food Spoilage** | | 10/9/2018 | $13,696.00 |
| **Repairs** | | 9/12/2018 | $10,164.98 |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Flipdaddy's, LLC**                                      Case number *(if known)* **1:18-bk-14408**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Diller and Rice, LLC**<br>**124 East Main Street**<br>**Van Wert, OH 45891** | Attorney Fees; | 11/13/2018 | $7,258.16 |
| | **Email or website address**<br>**Steven@drlawllc.com;**<br>**Kim@drlawllc.com;**<br>**Eric@drlawllc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Diller and Rice, LLC**<br>**124 East Main Street**<br>**Van Wert, OH 45891** | Retainer Fee | 11/30/18 | $15,000.00 |
| | **Email or website address**<br>**Steven@drlawllc.com;**<br>**Kim@drlawllc.com;**<br>**Eric@drlawllc.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Thomas Kearney** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   Flipdaddy's, LLC                                          Case number (if known)  1:18-bk-14408

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank<br>PO Box 609<br>Pittsburgh, PA 15230 | XXXX-7312 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Harris Warehousing<br>4261 Crawford Avenue<br>Cincinnati, OH 45223 | David Maier | Inventory - See Attached Exhibit | ☐ No<br>☑ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Flipdaddy's, LLC**                               Case number *(if known)* **1:18-bk-14408**

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Flipdaddy's Alabama, LCC<br>2102 US Hwy. 98<br>Daphine, AL** | **Restaurant** | **Dates business existed**<br>**EIN:**<br><br>**From-To**   **7/3/18 – 9/30/18** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records **within 2 years** before filing this case.

☐ None

---

Debtor    Flipdaddy's, LLC                                        Case number (if known)  1:18-bk-14408

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Bookwerks**<br>**1311 Vine St.**<br>**Cincinnati, OH 45202** | **6/17 - 11/30/18** |
| 26a.2.    **Two Heads**<br>**1311 Vine St.**<br>**Cincinnati, OH 45202** | **11/16 - 12/17** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Bookwerks**<br>**1311 Vine St.**<br>**Cincinnati, OH 45202** | **6/17 to 11/30/18** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **BDO**<br>**221 E. 4th St. #2600**<br>**Cincinnati, OH 45202** | **On going** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Plante-Moran**<br>**537 E. Pete Rose Way**<br>**Cincinnati, OH 45202** | **August,  2018** |
| Leah Douglas<br>7406 Jager Ct.<br>Cincinnati, OH  45230 | **10/15/18 - present** |
| Mary Ann Barnett<br>7406 Jager Ct.<br>Cincinnati, OH  45230 | **9/30/13- present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Same As Above** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **See Attached**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No<br>
☑ Yes. Give the details about the two most recent inventories.

Debtor    **Flipdaddy's, LLC**                                    Case number (if known)  **1:18-bk-14408**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Ben Kerr** | **11/4/2018** | **$11,602.51** |
| | Name and address of the person who has possession of inventory records | | |
| | **Set Brooksbank** | | |
| 27.2 | **Amy Mills** | **11/12/2018** | **$13,676.79** |
| | Name and address of the person who has possession of inventory records | | |
| | **Will Loichinger** | | |
| 27.3 | **Scott Moody** | **11/4/2018** | **$12,362.86** |
| | Name and address of the person who has possession of inventory records | | |
| | **Devin Keith** | | |
| 27.4 | **Jesse Onate** | **11/11/2018** | **$12,829.74** |
| | Name and address of the person who has possession of inventory records | | |
| | **Eric McQuinn** | | |
| 27.5 | **Ben Kerr** | **11/4/2018** | **$7,678.84** |
| | Name and address of the person who has possession of inventory records | | |
| | **Ben Kerr** | | |
| 27.6 | **Amy Mills** | **10/28/2018** | **$6,527.61** |
| | Name and address of the person who has possession of inventory records | | |
| | **Amy Mills** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KTM, LLC** | **7844 Classics Drive Naples, FL 34113** | **Class A** | **58.9%** |

Debtor    **Flipdaddy's, LLC**                                                    Case number *(if known)*  1:18-bk-14408

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Thomas A. Collett | 2215 Cedar Springs #801<br>Dallas, TX 75201 | Class B | 6.8% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| The Fortuity Group, LLC | 151 W. Congress Street, Suite #420<br>Detroit, MI 48266 | Class B | 10.2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Pamm Kelley and Chris Kelley | 49 Woodhill Road<br>Wilton, CT 06897 | Class B | 6.8% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| John Kearney | 1781 Pebble Beach Drive #314<br>Fort Myers, FL 33907 | Class B | 6.8% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Robert T. Dames | 444 Ashworth Ct.<br>Cincinnati, OH 45255 | President | Terminated<br>6-21-18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Edward Biery | 3475 Lindenwood Dr.<br>Erlanger, KY 41018 | COO | Terminated<br>3/15/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Robert T. Dames | 425,000.00 | 8/9/18 | Stock Redemption<br>and settlement |
| | Former member and President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Flipdaddy's, LLC _____     Case number *(if known)*  1:18-bk-14408

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2019** _____

**/s/ Thomas Sacco** _____        **Thomas Sacco** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 2
File:  Exhibit A Statement of Financial Affairs.pdf
Path:  R:\CLIENTS - DILLER\FlipDaddy's\DRAFT PETITION AND SCHEDULES

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 1
File:  Exhibit B Statement of Financial Affairs.pdf
Path:  R:\CLIENTS - DILLER\FlipDaddy's\DRAFT PETITION AND SCHEDULES

# United States Bankruptcy Court
## Southern District of Ohio

In re   Flipdaddy's, LLC

Debtor(s)

Case No.   1:18-bk-14408
Chapter   11

### LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 10 Yarmouth Road LLC<br>160 Beldon Hill Road<br>Wilton, CT 06897 | Class B | 24 | 0.4% |
| Arthur Fuller<br>301 Fulling Mill Lane<br>Fairfield, CT 06824 | Class B | 23.6111 | 0.4% |
| David Maier<br>332 Elm Crest Drive<br>Milford, OH 45150 | Class B | 20 | 0.3% |
| Doug Reynolds<br>38661 N. 104th Place<br>Scottsdale, AZ 85262 | Class B | 20 | 0.3% |
| Edward Beadle<br>168 Langford Lane<br>East Hartford, CT 06118 | Class B | 11.8055 | .02% |
| Edward Biery<br>3475 Lindenwood Drive<br>Erlanger, KY 41018 | Class B | 260 | 4.4% services rendered |
| Iron Family Holdings, LLC<br>515 Anchor Rode Drive<br>Naples, FL 34103 | Class B | 25 | 0.4% |
| John Kearney<br>1781 Pebble Beach Drive #134<br>Fort Myers, FL 33907 | Class B | 400 | 6.8% |
| KTM, LLC<br>7844 Classics Drive<br>Naples, FL 34113 | Class A | 3,465 | 58.9% Cash & Services Rendered |
| Linda Ricca<br>50 Deforest Road<br>Wilton, CT 06897 | Class B | 12 | 0.2% |
| Lindsay Garber<br>5821 Karen Lane<br>Milford, OH 45150 | Class B | 10 | 0.2% |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **Flipdaddy's, LLC**                                          Case No.  **1:18-bk-14408**

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Louis J. Manetti Trust**<br>**Louis J. Manetti Trustee**<br>**317 E. Haven Street**<br>**Arlington Heights, IL 60005** | **Class B** | **100** | **1.7%** |
| **Melissa Sullivan**<br>**1164 Creekstone Drive**<br>**Batavia, OH 45103** | **Class B** | **10** | **0.2%** |
| **Pam Kelley  & Chris Kelley**<br>**49 Woodhill Road**<br>**Wilton, CT 06897** | **Class B** | **400** | **6.8%** |
| **Peter Andruszkiewicz**<br>**10604 Tirano Court**<br>**Fort Myers, FL 33913** | **Class B** | **50** | **0.9%** |
| **Steven Crawford**<br>**423 Knollwood**<br>**Newport, KY 41076** | **Class B** | **48** | **0.8%** |
| **The Fortuity Group, LLC**<br>**151 W. Congress Street, Suite #420**<br>**Detroit, MI 48226** | **Class B** | **600** | **10.2%** |
| **Thomas A. Collett**<br>**2215 Cedar Springs #801**<br>**Dallas, TX 75201** | **Class B** | **400** | **6.8%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **January 11, 2019**                          Signature  **/s/ Thomas Sacco**
                                                              **Thomas Sacco**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

creditor.scn

Alliance Funding Group
Pawnee Leasing)
3745 W. Chapron Avenue, Suite 200
Orange, CA 92868

Amerifund
2275 Half Day Road  #343
Bannockburn, IL 60015

Ascentium Capital, LLC
23970 Highway 59 N
Kingwood, TX 77339

Brynmawr Bank Corporation
620 West Germantown Pike
Plymouth Meeting, PA 19462

Connie Krebs
1162 Shayler Woods Drive
Batavia, OH 45103

FD Orange Beach 859, LLC
24221 Perdido Bach Blvd.
Orange Beach, AL 36561

IRC Retail Centers
PO Box 6351
Carol Stream, IL 60197

Koorsen Fire and Security
10608 Millington Court
Cincinnati, OH 45242

KTM II, LLC
c/o UBS Financial Services
184 Liberty Corner Road, 1st floor
Warren, NJ 07059

M-2 Lease Funds, LLC
175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045

Marshmallow Products, Inc.
684 Dunwoodie Drive
Cincinnati, OH 45230

Navitas Credit Corp.
203 Ft. Wade Road, Suite 300
Ponte Vedra, FL 32081

Targeted Lease Capital
550 Main Street, Suite 300
Williamville, NY 14221

The Myers Y Cooper Company
9301 Montgomery Rd. Suite 2B
Cincinnati, OH 45242

Thomas J. Lynch, CAE
20 Starview Drive
Hillsborough, NJ 08844

US Bank Equipment Financial

creditor.scn

1310 Madrid Street
Marshall, MN 56258

Woodhill Capital Corp.
13 S. Cayuga Road
Williamsville, NY 14221