**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: January 11, 2019**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **FLIPDADDY'S LLC** | : | Case No. 18-14408 |
| | : | Chapter 11 |
| | : | Judge Hopkins |
| Debtor-in-Possession | : | |

## ORDER SCHEDULING STATUS CONFERENCE

Pursuant to 11 U.S.C. § 105(d)(1), this matter is being set for a status conference. The subject matter of the Conference shall be the applications of Flipdaddy's LLC, as debtor-in-possession, to employ Steven L. Diller as counsel under 11.U.S.C. § 327(a) (Doc. 3); Application to Employ Isaac, Wiles, Burkholder & Teetor, LLC as special counsel under 11 U.S.C. § 327(e) (Doc. 27) and Motion to Establish Claims Bar Date (Doc. 28).

The Court desires to obtain additional information regarding the above matters; and hereby directs the debtor, counsel for debtor, the U.S. Trustee and Steven Diller, Benjamin

Rodriquez, John Schuh, Jason Torf, and Timothy Miller to appear before the Honorable Jeffery P. Hopkins, U.S. Bankruptcy Court, in Court Room #2, Suite # 816, U.S. Bankruptcy Court, Atrium Two, 221 East Fourth Street, Cincinnati, Ohio, on **Thursday, January 24, 2019, at 2:00 pm** for a status conference on this matter.

**NO UNAUTHORIZED CELLULAR PHONES, CAMERAS, RECORDING DEVICES, WEAPONS, PAGERS OR OTHER PORTABLE ELECTRONIC DEVICES ARE PERMITTED ON THE COURT'S PREMISES.**

Copies to:

Default List Plus Additional Parties

Benjamin M. Rodriguez
Attorney for The Park National Bank
rodriguez@fp-legal.com, kmorales@fp-legal.com

John Schuh
Attorney for Ford Motor Credit Company, LLC
jaschuhohecf@swohio.twcbc.com

Jason Torf
Attorney for Gordon Food Service, Inc.
jtorf@hmblaw.com

Flipdaddy's, LLC
7406 Jager Court
Cincinnati, OH 45230

All Creditors and Parties in Interest