**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 22, 2019**



Jeffery P. Hopkins
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: ) | Case No.: 1-18-bk-14408 |
| FLIPDADDY'S LLC ) | Chapter 11 |
| Debtor. ) | Judge: Jeffery P. Hopkins |
| ) | |

### ORDER GRANTING MOTION FOR PRO HAC VICE OF JASON TORF

Upon consideration of the motion (Doc.9) of Jason M. Torf to appear Pro Hac Vice in Case No. 18-14408 (Flipdaddy's LLC), on behalf of Creditor Gordon Food Service; and the Court being otherwise fully advised in the premises; it is hereby ORDERED:

1. This Motion is GRANTED; and

2. Jason M. Torf may appear pro hac vice on behalf of Gordon Food Service in the above-caption case.

IT IS SO ORDERED

Copies to:
Default list plus Jason Torf
jtorf@hmblaw.com