**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI, OHIO DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No: 1:18-bk-14408 |
| | | Chapter 11 |
| Flipdaddy's, LLC | * | Judge Jeffrey P. Hopkins |
| Debtor(s) | * | |
| | * | |
| *          * | * | * |

**AMENDED APPLICATION FOR EMPLOYMENT**
**AND RETENTION OF STEVEN L. DILLER AND DILLER & RICE, LLC**
**AS BANKRUPTCY COUNSEL TO THE DEBTOR (Doc. No. 3)**

Now comes Flipdaddy's, LLC. ("Debtor"), and would pursuant to the hearing held on January 24, 2019 would hereby supplement the Application to Employ (Doc. No. 3) seeking the approval of the employment of Diller and Rice, LLC and Steven L. Diller ("Debtor's Counsel") as bankruptcy counsel to the Debtor. In further support of the Application, Applicant would submit the attached Verified Statement of Thomas B. Kearney with respect to the waiver of any claim against the Debtor and Debtor's Estate for the retainer fee advanced to Debtor's counsel prior to the commencement of this case.

**WHEREFORE**, the Debtor would request authorizing the retention and employment of Steven L. Diller and Diller & Rice, LLC as Debtor's Counsel for the estate, to be compensated as set forth within the Application and other such relief as is just and equitable.

        Respectfully submitted,

        /s/Thomas Sacco
        Thomas Sacco, Chief Executive Officer
        of Flipdaddy's, LLC

## NOTICE OF FILING OF A SUPPLEMENT TO THE APPLICATION FOR RETENTION AND EMPLOYMENT AND OPPORTUNITY TO OBJECT

    Flipdaddy's, LLC, Debtor in this case, has filed a supplement to the Application to Employ (Doc. No. 3) with the Court as to the employment Steven L. Diller and Diller & Rice, LLC, as Attorney for the Estate. **<u>Your rights may be affected</u>**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case**. If you do not have any attorney, you may wish to consult one. If you do not want the Court to enter an order authorizing the employment of Steven L. Diller and Diller & Rice, LLC or if you want the Court to consider your views on the Application, then on or before seven (7) days from the date listed on the Certificate of Service below, you or your attorney must file with the Court a written response outlining your position and/or a written request for a hearing. If you mail your response/request to the Court, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

        Flipdaddy's, LLC
        7406 Jager Ct.
        Cincinnati, OH  45230

        Steven L. Diller
        Diller & Rice, LLC
        124 East Main Street
        Van Wert, OH  45891

        Office of the United States Trustee
        36 East Seventh St.
        Suite 2030
        Cincinnati, OH  45202

    If the court sets a hearing on your response/request, you must also attend the hearing.

    **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Application for Employment and Retention of Steven Diller and Diller & Rice, LLC, as Bankruptcy Counsel to the Debtor combined with Notice and Opportunity to Object has been served on the United States Trustee and electronic filing in compliance with the ECF rules in place in this District, and upon the following by ordinary U.S. Mail, postage prepaid on this 1st day of February, 2019.

/s/Steven L. Diller
Steven L. Diller  (0023320)
Diller & Rice, LLC
124 East Main Street
Van Wert, OH  45891
(419) 238-5025
(419) 238-4705
Steven@drlawllc.com

Service List:

**Notice was electronically served on the date of entry on the following recipients:**

Asst US Trustee (Cin)
ustpregion09.ci.ecf@usdoj.gov

Casey M Cantrell Swartz on behalf of Interested Party Myers Y Cooper Company
cswartz@taftlaw.com, docket@taftlaw.com;lsutton@taftlaw.com

Steven L Diller on behalf of Debtor In Possession Flipdaddy's, LLC
steven@drlawllc.com, kim@drlawllc.com;eric@drlawllc.com

Douglas N Hawkins on behalf of U.S. Trustee Asst US Trustee (Cin)
doug.hawkins@usdoj.gov, cathy.cooper@usdoj.gov;Benjamin.a.sales@usdoj.gov

Benjamin M Rodriguez on behalf of Creditor The Park National Bank
brodriguez@fp-legal.com, kmorales@fp-legal.com

John A Schuh on behalf of Creditor Ford Motor Credit Company, LLC
jaschuhohecf@swohio.twcbc.com

Jason M Torf on behalf of Creditor Gordon Food Service, Inc
jtorf@hmblaw.com, ecfnotices@hmblaw.com

**Notice was electronically mailed to:**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701

BDO USA LLP
Laurence W Goldberg, Dir, Receivables Mg
4135 Mendenhall Oaks Parkway
Suite 140
Hig Point, NC 27265

| | | |
|---|---|---|
| 2060 Digital<br>PO Box 645440<br>Cincinnati, OH 45264 | Allegra<br>1146 Hawstone Drive<br>Cincinnati, OH 45230 | American Express<br>PO Box 981535<br>El Paso, TX 79998 |
| American Express Merchant Financing<br>PO Box 981535<br>El Paso, TX 79998 | Anderson Hills Plumbing<br>6229 Beechmont Avenue<br>Cincinnati, OH 45230 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673 |
| Ascent Systems Innovations<br>409 West 35th Street<br>Latonia, KY 41015 | Barry Farmer Draperies<br>11635 Deerfield Road<br>Cincinnati, OH 45242 | BDO<br>PO Box 642743<br>Pittsburgh, PA 15264 |
| Beckman Services, Inc.<br>7661 Fields Ertel Rd.<br>Cincinnati, OH 45241 | Belden Hill Private Equity, Inc.<br>160 Beldon Hill Road<br>Wilton, CT 06897 | Bert's Plumbing<br>1975 Alexandria Pike<br>Newport, KY 41076 |
| BJ Hicks<br>444 Woodwick Court<br>Cincinnati, OH 45255 | BMI General Licensing<br>PO Box 630893<br>Cincinnati, OH 45263 | Boone County Clerk<br>3000 Conrad Lane<br>Burlington, KY 41005 |

Campbell County Sheriff's Office
1098 Monmouth Street, Suite 216
Newport, KY 41071

Christian and Carole Timoney
214 Fox Hill Road
Wethersfield, CT 06109

Christman Outdoor Designs
8833 Strout Road
Clarksville, OH 45113

Cincinnati Bell
PO Box 748003
Cincinnati, OH 45274

Cintas Corporation
3368 Turfway Road
Erlanger, KY 41018

City of Newport
PO Box 1090
Newport, KY 41071

City of Union
1843 Mt. Zion Road
Union, KY 41091

Coca-Cola Bottling Co. Consolidated
PO Box 602937
Charlotte, NC 28260

Cold Spring Electrical Contractors
5097 Gary Lane
Newport, KY 41076

Commonwealth of Kentucky
1003 Twilight Trail
Frankfort, KY 40601

Connie Krebs
1162 Shayler Woods Drive
Batavia, OH 45103

Craftsman Electric
3855 Alta Avenue
Cincinnati, OH 45236

Custom Mail Services
PO Box 37387
Cincinnati, OH 45222

Daniel and Nancy Angelillo
158 Fairlane Dr.
Wethersfield, CT 06109

DarPro
PO Box 530401
Atlanta, GA 30353

Dennis and Marsha Angelillo
370 Coppermill Road
Wethersfield, CT 06109

Direct TV
Po Box 5006
Carol Stream, IL 60197

Duke Energy
PO Box 1327
Charlotte, NC 28201

Economy Linen
80 Mead Street
Dayton, OH 45402

Edward Beadle
168 Langford Lane
East Hartford, CT 06118

Electric Masters, Inc.
339 Pleasant St.
Covington, KY 41011

F Collett, LLC
3702 Fairfax Avenue
Dallas, TX 75209

FG Schaefer Co.
PO Box 6505
Cincinnati, OH 45206

Florence Water & Sewer
Po Box 368
Florence, KY 41022

Ford Motor Credit
PO Box 790119
Saint Louis, MO 63179

Frank Meak
7631 Palmer Ct.
Naples, FL 34113

Fugazzi Co. Ltd.
3875 Virginia Avenue
Cincinnati, OH 45227

Giles & Lenox LLC
1018 Delta Avenue Suite 202
Cincinnati, OH 45208

Global Work Services
19664 West 36th Avenue #611
Gulf Shores, AL 36542

GNG Plumbing
24829 Canal Road
Orange Beach, AL 36561

Gordon Food Service
4980 Gateway Blvd.
Springfield, OH 45502

Greater Cincinnati Water Works
PO Box 5487
Carol Stream, IL 60197

Greater Comfort Heating & Air
PO Box 5487
Carol Stream, IL 60197

Grexen
6170 First Financial Drive
Ste. 203
Cincinnati, OH 45236

Guggenheim
3000 Internet Blvd. #570
Frisco, TX 75034

Hamilton County Treasurer
PO Box 740857
Cincinnati, OH 45274

Hartke & Associates, Inc.
2115 Schappelle Lane
Cincinnati, OH 45240

Hershey Creamery Co.
301 S. Cameron Street
Harrisburg, PA 17101

Humana
PO Box 3280
Milwaukee, WI 53201

Integrated Protection Services
5303 Lester Road
Cincinnati, OH 45213-3000

IRC Retail Centers
PO Box 6351
Carol Stream, IL 60197

John Kearney
395 S. Atlantic Ave. #204
Ormond Beach, FL 32176

Kabbage
925B Peachtree St. NE #1688
Atlanta, GA 30309

Kabbage
925B Peachtree St. NE #1688
Atlanta, GA 30309

Kentucky State Treasurer
501 High Street
Frankfort, KY 40601

KTM II, LLC
c/o UBS Financial Services
184 Liberty Corner Road, 1st floor
Warren, NJ 07059

WJW Management, Inc.
6952 12th Street W.
Jacksonville, FL 32220

Marshmallow Products
684 Dunwoodie Drive
Cincinnati, OH 45230

Marshmallow Products, Inc.
684 Dunwoodie Drive
Cincinnati, OH 45230

Morgan Services, Inc.
817 Webster Street
Dayton, OH 45404

New Century Dynamics, Inc.
9370 Stoney Ridge Lane
Johns Creek, GA 30022

Northern KY Health Dept.
610 Medical Village Drive
Edgewood, KY 41017

NTN Buzztime, Inc.
Dept. LA 24391
Pasadena, CA 91185-4391

NuC02 LLC
PO Box 9011
Stuart, FL 34995

Nyhart Business Interest, LLC
575 Indian Hill Trail
Cincinnati, OH 45243

Ohio State Treasurer
PO Box 183014
Columbus, OH 43218

Oracle America Inc.
PO Box 203448
Dallas, TX 75320-3448

Park National
1075 Nimitzview Drive
Cincinnati, OH 45230

Park National Bank
1075 Nimitzview Drive
Cincinnati, OH 45230

Perfection Pest Control
9967 Old Union Road
Union, KY 41091

Phillip Fanning
62 Jaques Lane
South Windsor, CT 06074

Pic's Produce
4756 Paddock Road
Cincinnati, OH 45229

Plante & Moran, PLLC
16060 Collections Center Drive
Chicago, IL 60693

Ralph Opp
3133 Louders Road
Goshen, OH 45122

RIver City Dist., INC.
PO Box 58369
Louisville, KY 40268

Robert Dames
444 Ashworth Ct.
Cincinnati, OH 45255

Ron McDermott
26 Sherman Avenue
Fort Thomas, KY 41075

Rumpke
PO Box 538708
Cincinnati, OH 45253

Sanitation District No. 1
1045 Eaton Drive
Fort Wright, KY 41017

SESAC, Inc.
PO Box 5246
New York, NY 10019

Signal Networking
8329 E. Main Street
Apt. 1
Alexandria, KY 41001

Staples
Department DET
PO Box 83689
Chicago, IL 60696-3689

Steven A. Crawford
423 Knollwood Drive
Highland Heights, KY 41076

Stoll-Keenan-Ogden
PO Box 11969
Lexington, KY 40579-1969

TalentReef, INC.
210 University Blvd.
Suite 300
Denver, CO 80206

Teasdale Fenton
12145 Centron Place
Cincinnati, OH 45246

The Fortuity Group
151 West Congress Street
Suite 420
Detroit, MI 48226

The Myers Y Cooper Company
9301 Montgomery Rd. Suite 2B
Cincinnati, OH 45242

Thomas J. Lynch, CAE
20 Starview Drive
Hillsborough, NJ 08844

Thomas Kearney
7844 Classics Drive
Naples, FL 34113

Thompson Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202

Titan Mechanical Solutions LLC
11003 State Route 128
Harrison, OH 45030

TNS Jack, LLC EIN#27-2396796
15 Hawthorne Lane
Coto De Caza, CA 92679

Tom Kearney
7844 Classics Drive
Naples, FL 34113

UBS Financial Services
184 Limberty corner Road
1st Floor
Warren, NJ 07059

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701