**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Jeffery P. Hopkins*
United States Bankruptcy Judge

**Dated: February 5, 2019**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **FLIPDADDY LLC** | : | Case No. 18-14408 |
| | : | Chapter 11 |
| | : | Judge Hopkins |
| Debtor-in-Possession | : | |

### ORDER RESCHEDULING HEARING ON SECOND AGREED INTERIM ORDER (I) AUTHORIZING POSTPETITION USE OF CASH COLLATERAL

This matter is before the Court on its own motion. The hearing on the Second Agreed Interim Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Lender, (III) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001, and (IV) Granting Related Relief  (Doc. 30), set for February 20, 2019, is hereby rescheduled to **FEBRUARY 8, 2019 AT 10:00 AM**, before the Honorable Jeffery P. Hopkins, United States Bankruptcy Judge, at the U.S. Bankruptcy Court, in Suite 816, Courtroom 2, Atrium Two Building, 221 East Fourth Street, Cincinnati, Ohio.

IT IS SO ORDERED.

Copies to:
All creditors and parties in interest