**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 12, 2019**



Jeffery P. Hopkins
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| In Re | : | |
| --- | --- | --- |
| | : | |
| **FLIPDADDY LLC** | : | Case No. 18-14408 |
| | : | Chapter 11 |
| | : | Judge Hopkins |
| Debtor | : | |

### ORDER SETTING TIME FOR FILING PROOF OF CLAIM

Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), a bar date shall be fixed in order to establish the time within which Proofs of Claim or Interest may be filed. The last day for filing a Proof of Claim in this case is **MARCH 12, 2019.** The Clerk shall provide the appropriate notice to all creditors and parties in interest.

**IT IS SO ORDERED.**

Copies to:

Default List