**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: February 14, 2019**

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No.1:18-bk-14408 |
| | * | Judge Jeffrey P. Hopkins |
| Flipdaddy's, LLC | * | Chapter 11 Proceeding |
| | * | |
| | * | |
| Debtor | * | |

___

**ORDER APPROVING MOTION OF THE DEBTOR TO REJECT
(1) A LEASE AND GUARANTY AND (2) A PREFERRED
DEVELOPER AGREEMENT EFFECTIVE AS OF
THE PETITION DATE**

___

This matter comes on before the Court upon the Motion of Flipdaddy's, LLC, (the

"Debtor") for the Entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and 365(a) (the

"Bankruptcy Code"), and Federal Rule of the Bankruptcy Code 6006 (the "Bankruptcy

Rules"), authorizing the Debtor to (1) Reject a certain Lease and Guaranty with FD Orange

1

Beach 859, LLC and (2) a Preferred Developer Agreement with Guggenheim Development Services, LLC with both such rejections to be effective as of the Petition Date. ("the Motion")

Notice having been duly given and there being no objection or response having been filed to the Motion, the Court would Court would find that it (a) has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and that notice of the Motion is sufficient under the circumstances and that no other or further notice need be provided.

The Court would further find that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein and that the relief sought in the Motion is in the best interests of the Debtor, its estate and its creditors; and after due deliberation and sufficient causing appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. It is **FURTHER ORDERED** that effective as of the date this case was commenced, the Debtor is authorized to reject the lease agreement and guaranty agreement with FD Orange Beach 859, LLC, a Delaware Limited Liability Company for certain property located at 22421 Perdido Beach Blvd., Orange Beach, Alabama and to also reject the Preferred Developer Agreement with Guggenheim Development Services, LLC.

3. **IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that, as of the date this case was commenced, the above executory contracts are deemed to

be rejected for purposes of 11 U.S.C. §§ 105(a) and 365(a), and Bankruptcy Rule 6006.

4. **IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Service List:

**Notice was electronically served on the date of entry on the following recipients:**

Asst US Trustee (Cin)
ustpregion09.ci.ecf@usdoj.gov

Casey M Cantrell Swartz on behalf of Interested Party Myers Y Cooper Company
cswartz@taftlaw.com, docket@taftlaw.com;lsutton@taftlaw.com

Steven L Diller on behalf of Debtor In Possession Flipdaddy's, LLC
steven@drlawllc.com, kim@drlawllc.com;eric@drlawllc.com

Douglas N Hawkins on behalf of U.S. Trustee Asst US Trustee (Cin)
doug.hawkins@usdoj.gov,
cathy.cooper@usdoj.gov;Benjamin.a.sales@usdoj.gov

Benjamin M Rodriguez on behalf of Creditor The Park National Bank
brodriguez@fp-legal.com, kmorales@fp-legal.com

John A Schuh on behalf of Creditor Ford Motor Credit Company, LLC
jaschuhohecf@swohio.twcbc.com

Jason M Torf on behalf of Creditor Gordon Food Service, Inc
jtorf@hmblaw.com, ecfnotices@hmblaw.com

**Notice was electronically mailed to:**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002

3

Malvern, PA 19355-0701

BDO USA LLP
Laurence W Goldberg, Dir, Recei vables Mg
4135 Mendenhall Oaks Parkway
Suite 140
Hig Point, NC 27265

| | | |
|---|---|---|
| 2060 Digital<br>PO Box 645440<br>Cincinnati, OH 45264 | Allegra<br>1146 Hawstone Drive<br>Cincinnati, OH 45230 | American Express<br>PO Box 981535<br>El Paso, TX 79998 |
| American Express Merchant Financing<br>PO Box 981535<br>El Paso, TX 79998 | Anderson Hills Plumbing<br>6229 Beechmont Avenue<br>Cincinnati, OH 45230 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673 |
| Ascent Systems Innovations<br>409 West 35th Street<br>Latonia, KY 41015 | Barry Farmer Draperies<br>11635 Deerfield Road<br>Cincinnati, OH 45242 | BDO<br>PO Box 642743<br>Pittsburgh, PA 15264 |
| Beckman Services, Inc.<br>7661 Fields Ertel Rd.<br>Cincinnati, OH 45241 | Belden Hill Private Equity, Inc.<br>160 Beldon Hill Road<br>Wilton, CT 06897 | Bert's Plumbing<br>1975 Alexandria Pike<br>Newport, KY 41076 |
| BJ Hicks<br>444 Woodwick Court<br>Cincinnati, OH 45255 | BMI General Licensing<br>PO Box 630893<br>Cincinnati, OH 45263 | Boone County Clerk<br>3000 Conrad Lane<br>Burlington, KY 41005 |
| Campbell County Sheriff's Office<br>1098 Monmouth Street, Suite 216<br>Newport, KY 41071 | Christian and Carole Timoney<br>214 Fox Hill Road<br>Wethersfield, CT 06109 | Christman Outdoor Designs<br>8833 Strout Road<br>Clarksville, OH 45113 |

4

| | | |
|---|---|---|
| Cincinnati Bell<br>PO Box 748003<br>Cincinnati, OH 45274 | Cintas Corporation<br>3368 Turfway Road<br>Erlanger, KY 41018 | City of Newport<br>PO Box 1090<br>Newport, KY 41071 |
| City of Union<br>1843 Mt. Zion Road<br>Union, KY 41091 | Coca-Cola Bottling Co.<br>Consolidated<br>PO Box 602937<br>Charlotte, NC 28260 | Cold Spring Electrical Contractors<br>5097 Gary Lane<br>Newport, KY 41076 |
| Commonwealth of Kentucky<br>1003 Twilight Trail<br>Frankfort, KY 40601 | Connie Krebs<br>1162 Shayler Woods Drive<br>Batavia, OH 45103 | Craftsman Electric<br>3855 Alta Avenue<br>Cincinnati, OH 45236 |
| Custom Mail Services<br>PO Box 37387<br>Cincinnati, OH 45222 | Daniel and Nancy Angelillo<br>158 Fairlane Dr.<br>Wethersfield, CT 06109 | DarPro<br>PO Box 530401<br>Atlanta, GA 30353 |
| Dennis and Marsha Angelillo<br>370 Coppermill Road<br>Wethersfield, CT 06109 | Direct TV<br>Po Box 5006<br>Carol Stream, IL 60197 | Duke Energy<br>PO Box 1327<br>Charlotte, NC 28201 |
| Economy Linen<br>80 Mead Street<br>Dayton, OH 45402 | Edward Beadle<br>168 Langford Lane<br>East Hartford, CT 06118 | Electric Masters, Inc.<br>339 Pleasant St.<br>Covington, KY 41011 |
| F Collett, LLC<br>3702 Fairfax Avenue<br>Dallas, TX 75209 | FG Schaefer Co.<br>PO Box 6505<br>Cincinnati, OH 45206 | Florence Water & Sewer<br>Po Box 368<br>Florence, KY 41022 |
| Ford Motor Credit<br>PO Box 790119<br>Saint Louis, MO 63179 | Frank Meak<br>7631 Palmer Ct.<br>Naples, FL 34113 | Fugazzi Co. Ltd.<br>3875 Virginia Avenue<br>Cincinnati, OH 45227 |

| | | |
|---|---|---|
| Giles & Lenox LLC<br>1018 Delta Avenue Suite 202<br>Cincinnati, OH 45208 | Global Work Services<br>19664 West 36th Avenue #611<br>Gulf Shores, AL 36542 | GNG Plumbing<br>24829 Canal Road<br>Orange Beach, AL 36561 |
| Gordon Food Service<br>4980 Gateway Blvd.<br>Springfield, OH 45502 | Greater Cincinnati Water Works<br>PO Box 5487<br>Carol Stream, IL 60197 | Greater Comfort Heating & Air<br>PO Box 5487<br>Carol Stream, IL 60197 |
| Grexen<br>6170 First Financial Drive<br>Ste. 203<br>Cincinnati, OH 45236 | Guggenheim<br>3000 Internet Blvd. #570<br>Frisco, TX 75034 | Hamilton County Treasurer<br>PO Box 740857<br>Cincinnati, OH 45274 |
| Hartke & Associates, Inc.<br>2115 Schappelle Lane<br>Cincinnati, OH 45240 | Hershey Creamery Co.<br>301 S. Cameron Street<br>Harrisburg, PA 17101 | Humana<br>PO Box 3280<br>Milwaukee, WI 53201 |
| Integrated Protection Services<br>5303 Lester Road<br>Cincinnati, OH 45213-3000 | IRC Retail Centers<br>PO Box 6351<br>Carol Stream, IL 60197 | John Kearney<br>395 S. Atlantic Ave. #204<br>Ormond Beach, FL 32176 |
| Kabbage<br>925B Peachtree St. NE #1688<br>Atlanta, GA 30309 | Kabbage<br>925B Peachtree St. NE #1688<br>Atlanta, GA 30309 | Kentucky State Treasurer<br>501 High Street<br>Frankfort, KY 40601 |
| KTM II, LLC<br>c/o UBS Financial Services<br>184 Liberty Corner Road, 1st floor<br>Warren, NJ 07059 | WJW Management, Inc.<br>6952 12th Street W.<br>Jacksonville, FL 32220 | Marshmallow Products<br>684 Dunwoodie Drive<br>Cincinnati, OH 45230 |
| Marshmallow Products, Inc.<br>684 Dunwoodie Drive<br>Cincinnati, OH 45230 | Morgan Services, Inc.<br>817 Webster Street<br>Dayton, OH 45404 | New Century Dynamics, Inc.<br>9370 Stoney Ridge Lane<br>Johns Creek, GA 30022 |

| | | |
|---|---|---|
| Northern KY Health Dept.<br>610 Medical Village Drive<br>Edgewood, KY 41017 | NTN Buzztime, Inc.<br>Dept. LA 24391<br>Pasadena, CA 91185-4391 | NuC02 LLC<br>PO Box 9011<br>Stuart, FL 34995 |
| Nyhart Business Interest, LLC<br>575 Indian Hill Trail<br>Cincinnati, OH 45243 | Ohio State Treasurer<br>PO Box 183014<br>Columbus, OH 43218 | Oracle America Inc.<br>PO Box 203448<br>Dallas, TX 75320-3448 |
| Park National<br>1075 Nimitzview Drive<br>Cincinnati, OH 45230 | Park National Bank<br>1075 Nimitzview Drive<br>Cincinnati, OH 45230 | Perfection Pest Control<br>9967 Old Union Road<br>Union, KY 41091 |
| Phillip Fanning<br>62 Jaques Lane<br>South Windsor, CT 06074 | Pic's Produce<br>4756 Paddock Road<br>Cincinnati, OH 45229 | Plante & Moran, PLLC<br>16060 Collections Center Drive<br>Chicago, IL 60693 |
| Ralph Opp<br>3133 Louders Road<br>Goshen, OH 45122 | RIver City Dist., INC.<br>PO Box 58369<br>Louisville, KY 40268 | Robert Dames<br>444 Ashworth Ct.<br>Cincinnati, OH 45255 |
| Ron McDermott<br>26 Sherman Avenue<br>Fort Thomas, KY 41075 | Rumpke<br>PO Box 538708<br>Cincinnati, OH 45253 | Sanitation District No. 1<br>1045 Eaton Drive<br>Fort Wright, KY 41017 |
| SESAC, Inc.<br>PO Box 5246<br>New York, NY 10019 | Signal Networking<br>8329 E. Main Street<br>Apt. 1<br>Alexandria, KY 41001 | Staples<br>Department DET<br>PO Box 83689<br>Chicago, IL 60696-3689 |
| Steven A. Crawford<br>423 Knollwood Drive<br>Highland Heights, KY 41076 | Stoll-Keenan-Ogden<br>PO Box 11969<br>Lexington, KY 40579-1969 | TalentReef, INC.<br>210 University Blvd.<br>Suite 300<br>Denver, CO 80206 |

| | | |
|---|---|---|
| Teasdale Fenton<br>12145 Centron Place<br>Cincinnati, OH 45246 | The Fortuity Group<br>151 West Congress Street<br>Suite 420<br>Detroit, MI 48226 | The Myers Y Cooper Company<br>9301 Montgomery Rd. Suite 2B<br>Cincinnati, OH 45242 |
| Thomas J. Lynch, CAE<br>20 Starview Drive<br>Hillsborough, NJ 08844 | Thomas Kearney<br>7844 Classics Drive<br>Naples, FL 34113 | Thompson Hine<br>312 Walnut Street<br>14th Floor<br>Cincinnati, OH 45202 |
| Titan Mechanical Solutions LLC<br>11003 State Route 128<br>Harrison, OH 45030 | TNS Jack, LLC EIN#27-2396796<br>15 Hawthorne Lane<br>Coto De Caza, CA 92679 | Tom Kearney<br>7844 Classics Drive<br>Naples, FL 34113 |
| UBS Financial Services<br>184 Limberty corner Road<br>1st Floor<br>Warren, NJ 07059 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0701 | |