# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FLIPDADDY'S, LLC, | Case No. 18-14408 |
| Debtor. | Judge Hopkins |

## NOTICE OF APPLICATION FOR ADMINISTRATIVE CLAIM

Gordon Food Service Inc. has filed papers with the court to obtain the allowance of an administrative priority claim pursuant to 11 U.S.C § 503(b)(9) (the "Application").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, then **on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by ordinary U.S. Mail to the United States Bankruptcy Court Clerk's Office, 221 East Fourth Street, Atrium Two Suite 800, Cincinnati, Ohio 45202 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) ordinary U.S. Mail to John C. Cannizzaro, Ice Miller LLP, 250 West Street, Suite 700, Columbus, Ohio 43215.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated:  March 12, 2019

Respectfully submitted,

/s/ John C. Cannizzaro
Jason M. Torf (admitted pro hac vice)
John C. Cannizzaro (Ohio Bar No. 0085161)
ICE MILLER LLP
150 West Street, Suite 700
Columbus, OH 43215-7509
Phone:  (614) 462-1070  Fax:  (614) 232-6923
john.cannizzaro@icemiller.com
*Counsel for Gordon Food Service Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on or about March 12, 2019, a copy of the foregoing NOTICE OF APPLICATION FOR ADMINISTRATIVE CLAIM was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) on the following by ordinary U.S. Mail addressed to:

Flipdaddy's, LLC
7406 Jager Court
Cincinnati, OH 45230

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701

BDO USA, LLP
Laurence W Goldberg, Dir, Receivables Mg
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265

Greater Comfort Heating & Air
2001 Monmouth Street
Newport, KY 41071

Timothy E. Miller
Isaac, Wiles, Burkholder & Teetor, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215

                                          /s/ John C. Cannizzaro
                                          John C. Cannizzaro