**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No.1:18-bk-14408 |
| | * | Judge Jeffrey P. Hopkins |
| Flipdaddy's, LLC | * | Chapter 11 Proceeding |
| | * | |
| | * | |
| Debtor | * | |

_____

**MOTION TO EXTEND TIME FOR THE ACCEPTANCE
AND/OR REJECTION OF EXECUTORY CONTRACTS
AND CERTAIN LEASES**
_____

1. Now comes the Debtor, Flipdaddy's, LLC, ("Debtor") and requests that this Court enter an order pursuant to sections 105 and 365(d)(4)(a) of title 11 of the United States Code ("the Bankruptcy Code") and Rules 4001 and 6003 of the Federal Rules of Bankruptcy Procedure ("the Bankruptcy Rules") extending the time for the acceptance and/or time for the rejection of executory contracts and leases for the nonresidential real property to date of the entry of an order confirming the plan of the debtor.  In support, the Debtor would state as follows:

2. This case was commenced on December 6, 2018 and pursuant to 11 USC 1107 and 1108, a Debtor remains a debtor-in-possession and authorized to file this Motion.

3. The Court has jurisdiction to consider this matter pursuant to 28 USC 157 and 1334 and 11 USC 105, 362(d)(3) and 1121(d)(1). This is a core proceeding pursuant to 28 USC 157(2)(A) & (L). Venue is proper before this Court pursuant to 28 USC 1408 and 1409.

4. By this Motion, the Debtor requests entry of an order extending the time to accept or reject the unexpired leases and or executory contracts for the nonresidential

real property to date of the entry of an order confirming the plan of the debtor.

4. The Debtor would state that as a basis for such request, the Debtor has simultaneously with this Motion requested the extension of time within which to file the Plan in this cause. The Debtor has throughout this process been in negotiation with the parties to executory contracts and leases that are crucial to the operations of the Debtor, establishing the necessary cure amounts and arranged the financing for not only such cure amounts, but also implementation of the plan. As set forth in the Motion to Extend Exclusivity and it is believed those negotiations can be completed within thirty (30) days and the disclosure statement and plan filed within that timeframe as well.

5. Pursuant to Bankruptcy Rules 6003, 4001 and 9014, notice of this Motion shall be given to all creditors, parties in interest or that have appeared in this cause, the Office of United States Trustee and other parties as the Court may direct.

**WHEREFORE,** the Debtor prays that after notice and opportunity for hearing that the time for the acceptance or rejection of leases be extended to the date of confirmation of the plan and other such relief as is just and equitable.

      Respectfully submitted

DILLER & RICE, LLC

/s/Steven L. Diller
Steven L. Diller (0023320)
Attorney for Debtor
124 East Main Street
Van Wert, OH 45891
(419) 238-5025

**NOTICE OF FILING OF MOTION TO EXTEND TIME FOR
THE ACCEPTANCE AND/OR REJECTION OF**

## EXECUTORY CONTRACTS AND CERTAIN LEASES

Flipdaddy's, LLC, Debtor in this case, has filed a Motion with the Court to Extend Time For the Acceptance and/or Rejection of Executory Contracts and Certain Leases in this case. **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case**. If you do not have any attorney, you may wish to consult one. If you do not want the Court to enter an order establishing the Bar Date or if you want the Court to consider your views on the Motion, then on or before twenty-one (21) days from the date listed on the Certificate of Service below, you or your attorney must file with the Court a written response outlining your position and/or a written request for a hearing. If you mail your response/request to the Court, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

> Flipdaddy's, LLC
> 7406 Jager Ct.
> Cincinnati, OH  45230
>
> Steven L. Diller
> Diller & Rice, LLC
> 124 East Main Street
> Van Wert, OH  45891
>
> Office of the United States Trustee
> 36 East Seventh St.
> Suite 2030
> Cincinnati, OH  45202

If the court sets a hearing on your response/request, you must also attend the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

/s/Steven L. Diller
Steven L. Diller

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Motion to Extend Time For Acceptance and/or Rejection of Executory Contracts and Certain Leases filing of Plan and the Exclusivity Period combined with Notice and Opportunity to Object has been served on all creditors and other parties in interest in this case, the United States Trustee and all other parties having requested notice herein by ordinary U.S. Mail, postage prepaid as is set forth on the attached mailing matrix as of this date as well as electronic filing in compliance with the ECF rules in place in this District, on this 5th day of April, 2019.

      /s/Steven L. Diller
      Steven L. Diller  (0023320)
      Diller & Rice, LLC
      124 East Main Street
      Van Wert, OH  45891
      (419) 238-5025
      (419) 238-4705
      Steven@drlawllc.com

**Notice was electronically served on the date of entry on the following recipients:**

Asst US Trustee (Cin)
ustpregion09.ci.ecf@usdoj.gov

John C Cannizzaro on behalf of Creditor Gordon Food Service, Inc
John.Cannizzaro@icemiller.com, Deborah.Martin@icemiller.com

Casey M Cantrell Swartz on behalf of Interested Party Myers Y Cooper Company
cswartz@taftlaw.com, docket@taftlaw.com;lsutton@taftlaw.com

Rocco I Debitetto on behalf of Creditor IRC Newport Pavilion, LLC
ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Rocco I Debitetto on behalf of Creditor IRC Retail Centers LLC
ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Steven L Diller on behalf of Debtor In Possession Flipdaddy's, LLC
steven@drlawllc.com, kim@drlawllc.com;eric@drlawllc.com

Barry F Fagel on behalf of Creditor Bryant Hartke Construction
bfagel@lindhorstlaw.com

Douglas N Hawkins on behalf of U.S. Trustee Asst US Trustee (Cin)

doug.hawkins@usdoj.gov, cathy.cooper@usdoj.gov

Benjamin M Rodriguez on behalf of Creditor The Park National Bank
brodriguez@fp-legal.com, kmorales@fp-legal.com

John A Schuh on behalf of Creditor Ford Motor Credit Company, LLC
jaschuhohecf@swohio.twcbc.com

Jason M Torf on behalf of Creditor Gordon Food Service, Inc
jason.torf@icemiller.com

**Notice was mailed to:**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0702

BDO USA, LLP
Laurence W Goldberg, Dir, Receivables Mg
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265

Greater Comfort Heating & Air
2001 Monmouth Street
Newport, KY 41071

| | | |
|---|---|---|
| 2060 Digital<br>PO Box 645440<br>Cincinnati, OH 45264 | Allegra<br>1146 Hawstone Drive<br>Cincinnati, OH 45230 | Alliance Funding Group<br>(Pawnee Leasing)<br>3745 W. Chapron Avenue, S<br>Orange, CA 92868 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | American Express Merchant<br>Financing<br>PO Box 981535<br>El Paso, TX 79998 | Amerifund<br>2275 Half Day Road  #343<br>Bannockburn, IL 60015 |
| Anderson Hills Plumbing<br>6229 Beechmont Avenue<br>Cincinnati, OH 45230 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673 | Ascent Systems Innovations<br>409 West 35th Street<br>Latonia, KY 41015 |

Ascentium Capital, LLC
23970 Highway 59 N
Kingwood, TX 77339

Barry Farmer Draperies
11635 Deerfield Road
Cincinnati, OH 45242

BDO
PO Box 642743
Pittsburgh, PA 15264

Beckman Services, Inc.
7661 Fields Ertel Rd.
Cincinnati, OH 45241

Belden Hill Private Equity, Inc.
160 Beldon Hill Road
Wilton, CT 06897

Bert's Plumbing
1975 Alexandria Pike
Newport, KY 41076

BJ Hicks
444 Woodwick Court
Cincinnati, OH 45255

BMI General Licensing
PO Box 630893
Cincinnati, OH 45263

Boone County Clerk
3000 Conrad Lane
Burlington, KY 41005

Brynmawr Bank Corporation
620 West Germantown Pike
Plymouth Meeting, PA 19462

Campbell County Sheriff's Office
1098 Monmouth Street, Suite 216
Newport, KY 41071

CBTS
PO Box 748001
Cincinnati, OH 45274

Christian and Carole Timoney
214 Fox Hill Road
Wethersfield, CT 06109

Christman Outdoor Designs
8833 Strout Road
Clarksville, OH 45113

Cincinnati Bell
PO Box 748003
Cincinnati, OH 45274

Cintas Corporation
3368 Turfway Road
Erlanger, KY 41018

City of Newport
PO Box 1090
Newport, KY 41071

City of Union
1843 Mt. Zion Road
Union, KY 41091

Coca-Cola Bottling Co.
Consolidated
PO Box 602937
Charlotte, NC 28260

Cold Spring Electrical Contractors
5097 Gary Lane
Newport, KY 41076

Commercial Parts & Service
10671 Techwood Circle
Cincinnati, OH 45242

Commonwealth of Kentucky
1003 Twilight Trail
Frankfort, KY 40601

Connie Krebs
1162 Shayler Woods Drive
Batavia, OH 45103

Craftsman Electric
3855 Alta Avenue
Cincinnati, OH 45236

Custom Mail Services
PO Box 37387
Cincinnati, OH 45222

Daniel and Nancy Angelillo
158 Fairlane Dr.
Wethersfield, CT 06109

DarPro
PO Box 530401
Atlanta, GA 30353

| | | |
|---|---|---|
| Dennis and Marsha Angelillo<br>370 Coppermill Road<br>Wethersfield, CT 06109 | Direct TV<br>Po Box 5006<br>Carol Stream, IL 60197 | Duke Energy<br>PO Box 1327<br>Charlotte, NC 28201 |
| Economy Linen<br>80 Mead Street<br>Dayton, OH 45402 | Edward Beadle<br>168 Langford Lane<br>East Hartford, CT 06118 | Electric Masters, Inc.<br>339 Pleasant St.<br>Covington, KY 41011 |
| F Collett, LLC<br>3702 Fairfax Avenue<br>Dallas, TX 75209 | FD Orange Beach 859, LLC<br>24221 Perdido Beach Blvd.<br>Orange Beach, AL 36561 | FG Schaefer Co.<br>PO Box 6505<br>Cincinnati, OH 45206 |
| Florence Water & Sewer<br>Po Box 368<br>Florence, KY 41022 | Ford Motor Credit<br>PO Box 790119<br>Saint Louis, MO 63179 | Frank Meak<br>7631 Palmer Ct.<br>Naples, FL 34113 |
| Fugazzi Co. Ltd.<br>3875 Virginia Avenue<br>Cincinnati, OH 45227 | Giles & Lenox LLC<br>1018 Delta Avenue Suite 202<br>Cincinnati, OH 45208 | Global Work Services<br>19664 West 36th Avenue #6<br>Gulf Shores, AL 36542 |
| GNG Plumbing<br>24829 Canal Road<br>Orange Beach, AL 36561 | Gordon Food Service<br>4980 Gateway Blvd.<br>Springfield, OH 45502 | Greater Cincinnati Water Wo<br>PO Box 5487<br>Carol Stream, IL 60197 |
| Greater Comfort Heating & Air<br>PO Box 5487<br>Carol Stream, IL 60197 | Grexen<br>6170 First Financial Drive<br>Ste. 203<br>Cincinnati, OH 45236 | Guggenheim<br>3000 Internet Blvd. #570<br>Frisco, TX 75034 |
| Hamilton County Treasurer<br>PO Box 740857<br>Cincinnati, OH 45274 | Hartke & Associates, Inc.<br>2115 Schappelle Lane<br>Cincinnati, OH 45240 | Hershey Creamery Co.<br>301 S. Cameron Street<br>Harrisburg, PA 17101 |
| Humana<br>PO Box 3280<br>Milwaukee, WI 53201 | IMG College, LLC<br>Box 16533<br>Palatine, IL 60055 | Integrated Protection Service<br>5303 Lester Road<br>Cincinnati, OH 45213-3000 |

| | | |
|---|---|---|
| IRC Retail Centers<br>PO Box 6351<br>Carol Stream, IL 60197 | John Kearney<br>395 S. Atlantic Ave. #204<br>Ormond Beach, FL 32176 | Kabbage<br>925B Peachtree St. NE #1688<br>Atlanta, GA 30309 |
| Kabbage<br>925B Peachtree St. NE<br>#1688<br>Atlanta, GA 30309 | Ken Neyer Plumbing<br>4895 State Route 128<br>Cleves, OH 45002 | Kent Refrigeration<br>221 E. 19th Street<br>Covington, KY 41011 |
| Kentucky State Treasurer<br>501 High Street<br>Frankfort, KY 40601 | Klosterman Baking Company<br>PO Box 712572<br>Cincinnati, OH 45271 | Koorsen Fire and Security<br>10608 Millington Court<br>Cincinnati, OH 45242 |
| KTM II, LLC<br>c/o UBS Financial Services<br>184 Liberty Corner Road, 1st floor<br>Warren, NJ 07059 | Living Local<br>2818 Columbia Trail<br>Loveland, OH 45140 | M-2 Lease Funds, LLC<br>175 N. Patrick Blvd., Suite 1<br>Brookfield, WI 53045 |
| Marshmallow Products<br>684 Dunwoodie Drive<br>Cincinnati, OH 45230 | Marshmallow Products, Inc.<br>684 Dunwoodie Drive<br>Cincinnati, OH 45230 | Morgan Services, Inc.<br>817 Webster Street<br>Dayton, OH 45404 |
| Navitas Credit Corp.<br>203 Ft. Wade Road, Suite 300<br>Ponte Vedra, FL 32081 | New Century Dynamics, Inc.<br>9370 Stoney Ridge Lane<br>Johns Creek, GA 30022 | Northern KY Health Dept.<br>610 Medical Village Drive<br>Edgewood, KY 41017 |
| NTN Buzztime, Inc.<br>Dept. LA 24391<br>Pasadena, CA 91185-4391 | Nyhart Business Interest, LLC<br>575 Indian Hill Trail<br>Cincinnati, OH 45243 | Ohio State Treasurer<br>PO Box 183014<br>Columbus, OH 43218 |
| Oracle America Inc.<br>PO Box 203448<br>Dallas, TX 75320-3448 | Park National<br>1075 Nimitzview Drive<br>Cincinnati, OH 45230 | Park National Bank<br>1075 Nimitzview Drive<br>Cincinnati, OH 45230 |
| Peacock Public Relations<br>9 Pavona<br>Newport Coast, CA 92657 | Perfection Pest Control<br>9967 Old Union Road<br>Union, KY 41091 | Phillip Fanning<br>62 Jaques Lane<br>South Windsor, CT 06074 |

| | | |
|---|---|---|
| Pic's Produce<br>4756 Paddock Road<br>Cincinnati, OH 45229 | Plante & Moran, PLLC<br>16060 Collections Center Drive<br>Chicago, IL 60693 | Ralph Opp<br>3133 Louders Road<br>Goshen, OH 45122 |
| River City Dist., Inc.<br>PO Box 58369<br>Louisville, KY 40268 | Robert Dames<br>444 Ashworth Ct.<br>Cincinnati, OH 45255 | Ron McDermott<br>26 Sherman Avenue<br>Fort Thomas, KY 41075 |
| RSI<br>Master Services Agreement<br>1101 West Mineral Ave.<br>Littleton, CO 80123 | Rumpke<br>PO Box 538708<br>Cincinnati, OH 45253 | Safeguard Chk Supply<br>Matthew Mock<br>PO Box 41725<br>Centerville, OH 45441 |
| Sanitation District No. 1<br>1045 Eaton Drive<br>Fort Wright, KY 41017 | SESAC, Inc.<br>PO Box 5246<br>New York, NY 10019 | Signal Networking<br>8329 E. Main Street<br>Apt. 1<br>Alexandria, KY 41001 |
| Staples<br>Department DET<br>PO Box 83689<br>Chicago, IL 60696-3689 | Steven A. Crawford<br>423 Knollwood Drive<br>Highland Heights, KY 41076 | Stoll-Keenan-Ogden<br>PO Box 11969<br>Lexington, KY 40579-1969 |
| TalentReef, INC.<br>210 University Blvd.<br>Suite 300<br>Denver, CO 80206 | Targeted Lease Capital<br>550 Main Street, Suite 300<br>Williamville, NY 14221 | Teasdale Fenton<br>12145 Centron Place<br>Cincinnati, OH 45246 |
| The Fortuity Group<br>151 West Congress Street<br>Suite 420<br>Detroit, MI 48226 | The Myers Y Cooper Company<br>9301 Montgomery Rd. Suite 2B<br>Cincinnati, OH 45242 | Thomas J. Lynch, CAE<br>20 Starview Drive<br>Hillsborough, NJ 08844 |
| Thomas Kearney<br>7844 Classics Drive<br>Naples, FL 34113 | Thompson Hine<br>312 Walnut Street<br>14th Floor<br>Cincinnati, OH 45202 | Titan Mechanical Solutions I<br>11003 State Route 128<br>Harrison, OH 45030 |
| TNS Jack, LLC EIN#27-2396796<br>15 Hawthorne Lane<br>Coto De Caza, CA 92679 | Tom Kearney<br>7844 Classics Drive<br>Naples, FL 34113 | UBS Financial Services<br>184 Limberty corner Road<br>1st Floor<br>Warren, NJ 07059 |

Unifi Equipment Finance, Inc.
3893 Research Park Dr.
Ann Arbor, MI 48108

US Bank Equipment Financial
1310 Madrid Street
Marshall, MN 56258

WJW Management, Inc.
6952 12th Street W.
Jacksonville, FL 32220

Woodhill Capital Corp.
13 S. Cayuga Road
Williamsville, NY 14221

Worldpay Holding, LLC
8500 Governers Hill Drive
Cincinnati, OH 45249