Form 10misco

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

| | |
|---|---|
| In Re:    Flipdaddy's, LLC | Case No.: 1:18–bk–14408 |
| Debtor(s) | Chapter:  11 |
| SSN/TAX ID:    27–1539349 | Judge:  Jeffery P. Hopkins |

ORDER SETTING HEARING ON MOTION TO EXTEND/SHORTEN TIME FOR THE ACCEPTANCE AND/OR REJECTION OF EXECUTORY CONTRACT AND CERTAIN LEASES AND THE RESPONSES THERETO

This matter is before the Court on the Motion to Extend/Shorten Time for the Acceptance and/or Rejection of Executory Contract and Certain Leases, filed by the Debtor in Possession, Flipdaddy's, LLC, through counsel, Steven Diller, Esq. (Doc. 84) and the responses thereto filed by the Creditor, IRC Newport Pavilion, LLC, through counsel, Rocco Dibitetto, Esq. (Doc. 93) and by Creditor, Myers Y. Cooper Company, through counsel, Casey Cantrell Swartz, Esq. (Doc. 95). ACCORDINGLY, the motion and the responses thereto are set for hearing before the Honorable Jeffery P. Hopkins, United States Bankruptcy Judge, at the U.S. Bankruptcy Court, in Suite 816, Courtroom 2, Atrium Two Building, 221 East Fourth Street, Cincinnati, Ohio on MAY 9, 2019 AT 2:00 PM.

Counsel for all parties shall be prepared to present all witnesses, evidence, and memoranda at the hearing set above. Presentation of all exhibits shall be by means of the Court's electronic display system. Equipment training and/or testing is the responsibility of counsel and must be completed prior to the hearing. Counsel should contact the Courtroom Deputy to arrange for training and/or testing.

Parties intending to present witnesses or exhibits shall, at least three business days before the hearing, file and serve: (1) a witness list and exhibit list conforming with LBR Form 7016–1–Attachments A and B; and (2) copies of all exhibits, PREMARKED (e.g., Movant's Exhibit 1, 2, etc., Respondent's Exhibit A, B, etc., Joint Exhibit AA, BB, etc.). Parties shall confer to avoid duplication of exhibits.

If a party's exhibits cumulatively exceed 50 pages, that party is not required to file the exhibits. Instead, that party shall comply with the following: (1) each exhibit shall be converted to a separate PDF file and saved on a USB Flash Drive; (2) at least three business days before the hearing, a copy of the USB Flash Drive shall be served on opposing counsel; (3) at least three business days before the hearing, two paper copies of all exhibits shall be provided to the Courtroom Deputy; (4) at the hearing, the exhibits may be introduced only through the USB Flash Drive and the Court's electronic display system via a court–provided PC (use of paper copies of the USB Flash Drive exhibits will be prohibited); and (5) the USB Flash Drive must be submitted into evidence at the close of the hearing.

Unless a written objection, identifying the specific exhibit to which an objection is made, is filed and served at least one business day before the hearing, all listed exhibits, for which there is a request for admission at the time of the hearing, will be admitted into evidence without further identification or authentication (subject to any other evidentiary objection).

Should any party fail to appear at the hearing or comply with the provisions set forth above, the Court may take such action as provided by law, including dismissal or denial of the motion, granting of the requested relief, or imposition of sanctions pursuant to LBR 90113.

IT IS SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: April 25, 2019

BY THE COURT:

Jeffery P. Hopkins
United States Bankruptcy Judge