Form 10misco

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

| | |
|---|---|
| In Re: Flipdaddy's, LLC <br><br> Debtor(s) <br> SSN/TAX ID: <br> 27–1539349 | Case No.: 1:18–bk–14408 <br><br> Chapter: 11 <br><br> Judge: Jeffery P. Hopkins |

ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court on its own motion. The Court desires to obtain additional information regarding the status of matters in this case. Therefore, pursuant to 11 U.S.C. § 105(d)(1), a telephonic status conference is set before the Honorable Jeffery P. Hopkins, U.S. Bankruptcy Court, on MAY 22, 2019, AT 2:00 PM with the Honorable Jeffery P. Hopkins.

The Court will initiate the call at the time specified above. The Court will contact counsel at counsel's phone number of record in this case. If counsel wishes to be contacted at a different number, counsel shall provide the phone number to the courtroom deputy [(513) 684–2852] at least one business day prior to the hearing. CELL PHONE USAGE IS NOT PERMITTED.

IT IS SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: May 9, 2019

BY THE COURT:

*[signature]*

Jeffery P. Hopkins
United States Bankruptcy Judge