Form 10misco

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

| | |
|---|---|
| In Re: Flipdaddy's, LLC | Case No.: 1:18–bk–14408 |
| Debtor(s) | Chapter: 11 |
| SSN/TAX ID: 27–1539349 | Judge: Jeffery P. Hopkins |

---

AMENDED ORDER SETTING TELEPHONIC STATUS HEARING ON MOTION TO EXTEND/SHORTEN TIME FOR THE ACCEPTANCE AND/OR REJECTION OF EXECUTORY CONTRACTS AND CERTAIN LEASES AND THE RESPONSES THERETO

This matter is before the Court on the Motion to Extend/Shorten Time for the Acceptance and/or Rejection of Executory Contracts and Certain Leases, filed by the Debtor In Possession, Flipdaddy's, LLC, through counsel, Steven Diller, Esq. (Doc. 84) and the responses thereto filed by the Creditor, IRC Newport Pavilion, LLC, through counsel, Rocco Debitetto, Esq. (Doc. 93) and the Creditor, Myers Y. Cooper Company, through counsel, Casey Cantrell Swartz (Doc. 95). ACCORDINGLY, counsel are directed to be available for a telephonic status conference with the Honorable Jeffery P. Hopkins, U.S. Bankruptcy Judge, on MAY 30, 2019 AT 3:00 P.M.

Parties are not to be involved with the telephonic hearing. The Court will initiate the telephone call. The Court will contact counsel at counsel's phone number of record in this case. If counsel wishes to be contacted at a different number, counsel shall provide the phone number to the courtroom deputy [(513) 6842852] at least one business day prior to the hearing. Cell
phone usage will not be permitted.

Should any party fail to appear at the hearing or comply with the provisions set forth above, the Court may take such action as provided by law, including dismissal or denial of the motion, granting of the requested relief, or imposition of sanctions pursuant to LBR 90113.

IT IS SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: May 14, 2019

BY THE COURT:

*Jeffery P. Hopkins*

Jeffery P. Hopkins
United States Bankruptcy Judge