**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: June 4, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re : | |
| : | |
| **FLIPDADDY'S, LLC** : | Case No. 18-14408 |
| : | Chapter 11 |
| : | Judge Hopkins |
| Debtor-in-Possession : | |

### AMENDED ORDER SETTING HEARING ON
### APPROVAL OF DISCLOSURE STATEMENT

This matter is before the Court on the Disclosure Statement filed by the Debtor, through counsel, Steven Diller, Esq. (Doc. 109).

Accordingly, there will be a hearing on approval of disclosure statement on **JUNE 20, 2019 at 2:00 P.M.**, before the Honorable Jeffery P. Hopkins, U.S. Bankruptcy Judge, in Suite 816, Courtroom 2, Atrium Two Building, 221 East Fourth Street, Cincinnati, Ohio, at which time the Court will determine whether the statement complies with the requirements of 11 U.S.C. § 1125. Any objections or modifications to the disclosure

statement must be filed in writing with the Court, no later than three business days prior to the scheduled hearing.

The hearing may be continued or adjourned from time to time by order made in open court, without further written notice to creditors.

Copies to:
All Creditors and Parties in Interest

###