**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: June 5, 2019**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT
## WESTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | | * | Case No.1:18-bk-14408 |
| | | * | Judge Jeffrey P. Hopkins |
| Flipdaddy's, LLC | | * | Chapter 11 Proceeding |
| | | * | |
| | | * | |
| | Debtor | * | |

_____

**AGREED ORDER (SEVENTH) EXTENDING THE INTERIM AGREED
ORDER (Doc. No. 15) THROUGH AND INCLUDING JULY 12, 2019
AND SCHEDULING OF FURTHER HEARING**
_____

This matter comes on before the Court to consider *the Motion for Entry of an Agreed Interim Order authorizing the Debtor (A) to Utilize Cash Collateral Pursuant to 11 U.S.C. §363, and (B)*

*Granting Adequate Protection to Prepetition Secured Lenders Pursuant to 11 U.S.C. §361, and (C) Requesting a Preliminary Hearing Thereon (*Doc. No. 10*) ("the Cash Collateral Motion");* the Court having entered an *Agreed Interim Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Lender, (III) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001, and (IV) Granting Related Relief (*Doc. No. 15*)* on December 14, 2018 ("the *Agreed Interim Order*") and an *Agreed Order (Second) Extending the Interim Agreed Order Through and Including February 10, 2019* (the "*Second Agreed Order*") (Doc. No. 30) on January 7, 2019, an *Agreed Order (Third) Extending the Interim Agreed Order Through and Including March 11, 2019* (Doc. No. 62) on February 14, 2019, an *Agreed Order (Fourth) Extending the Interim Agreed Order Through and Including April 12, 2019* (Doc. No. 71) on March 8, 2019, an *Agreed Order (Fifth) Extending the Interim Agreed Order Through and Including May 10, 2019* (Doc. No. 87) on April 9, 2019, an *Agreed Order (Sixth) Extending the Interim Agreed Order Through and Including June 10, 2019* (Doc. No. 101) on May 10, 2019 and having submitted an *Agreed Order (Seventh) Extending the Interim Agreed Order Through and Including July 12, 2019* proposed with a request for further hearing and the Court having found and determined that the relief provided in this Seventh Agreed Order is in the best interest of the Parties, the Debtor's estate, the Debtor's creditors, and all other parties in interest,

IT IS HEREBY ORDERED THAT:

1. *The Agreed Interim Order* is extended a seventh time, through and including July 12, 2019 modifying the existing deadline of June 10, 2019 to July 12, 2019; with all other terms and conditions of the Agreed Interim Order remaining unchanged and in full force and effect through and including the July 12, 2019 deadline unless otherwise set forth herein.

2. The term "Budget" as defined in the *Agreed Interim Order* shall be modified to mean the budget attached hereto as Exhibit A, identify the authorized use of Cash Collateral for the period through and including July 12, 2019.

4. The Cash Collateral Motion is adjourned to further hearing **to** be held on July 2, 2019 at 10:00 A.M. at the United States Bankruptcy Court for the Southern District of Ohio, 221 East Fourth Street, Cincinnati, Ohio 45202.

**IT IS SO ORDERED**


**APPROVED**:

Diller & Rice, LLC

By___/s/Steven L. Diller_____
       Steven L. Diller (0023320)
Counsel for the Debtor
124 E. Main Street
Van Wert, Ohio  45891
Telephone (419) 238-5025
Facsimile: (419) 238-4705
E-mail: steven@drlawllc.com

Flagel & Papakirk, LLC

By____/s/Benjamin M. Rodriquez_____
       Benjamin M. Rodriguez (0079289)
Counsel for The Park National Bank
50 E-Business Way, Suite 410
Cincinnati, Ohio 45241
Telephone: (513) 984-8111
Fax: (513) 984-8118
E-mail: brodriguez@fp-legal.com

**Notice was electronically served on the following recipients:**

Asst US Trustee (Cin)
ustpregion09.ci.ecf@usdoj.gov

Douglas N. Hawkins on behalf of the Office of U.S. Trustee
doug.hawkins@usdoj.gov

Steven L Diller on behalf of Debtor In Possession Flipdaddy's, LLC
steven@drlawllc.com, kim@drlawllc.com;eric@drlawllc.com

Benjamin M Rodriguez on behalf of Creditor The Park National Bank
brodriguez@fp-legal.com, kmorales@fp-legal.com

John A Schuh on behalf of Creditor Ford Motor Credit Company, LLC
jaschuhohecf@swohio.twcbc.com

Jason M Torf on behalf of Creditor Gordon Food Service, Inc
jtorf@hmblaw.com


**Notice was mailed to:**

Belden Hill Private Equity, Inc.
160 Beldon Hill Road
Wilton, CT 06897

Coca-Cola Bottling Co.
Consolidated
PO Box 602937
Charlotte, NC 28260

Dennis and Marsha Angelillo
370 Coppermill Road
Wethersfield, CT 06109

Edward Beadle
168 Langford Lane
East Hartford, CT 06118

F Collett, LLC
3702 Fairfax Avenue
Dallas, TX 75209

Giles & Lenox LLC
1018 Delta Avenue Suite 202
Cincinnati, OH 45208

Gordon Food Service
4980 Gateway Blvd.
Springfield, OH 45502

Guggenheim
3000 Internet Blvd. #570
Frisco, TX 75034

IRC Retail Centers
PO Box 6351
Carol Stream, IL 60197

| | | |
|---|---|---|
| Marshmallow Products<br>684 Dunwoodie Drive<br>Cincinnati, OH 45230 | New Century Dynamics, Inc.<br>9370 Stoney Ridge Lane<br>Johns Creek, GA 30022 | Nyhart Business Interest, LLC<br>575 Indian Hill Trail<br>Cincinnati, OH 45243 |
| Phillip Fanning<br>62 Jaques Lane<br>South Windsor, CT 06074 | Plante & Moran, PLLC<br>16060 Collections Center Drive<br>Chicago, IL 60693 | Robert Dames<br>444 Ashworth Ct.<br>Cincinnati, OH 45255 |
| Robert Dames<br>444 Ashworth Ct.<br>Cincinnati, OH 45255 | Steven A. Crawford<br>423 Knollwood Drive<br>Highland Heights, KY 41076 | The Fortuity Group<br>151 West Congress Street<br>Suite 420<br>Detroit, MI 48226 |
| Thomas B. Kearney<br>7844 Classics Drive<br>Naples, FL 34113 | Thomas B. Kearney<br>7844 Classics Drive<br>Naples, FL 34113 | UBS Financial Services<br>184 Limberty corner Road<br>1st Floor<br>Warren, NJ 07059 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0701 | | |

# # # #

**FLIPDADDY'S - DAILY CASH FLOW - 6/4/2019-7/8/2019**

| | 6/4/2019 TUE | 6/5/2019 WED | 6/6/2019 THU | 6/7/2019 FRI | 6/10/2019 MON | 6/11/2019 TUE | 6/12/2019 WED | ######## THU | 6/14/2019 FRI | 6/17/2019 MON | 6/18/2019 TUE | 6/19/2019 WED | 6/20/2019 THU | 6/21/2019 FRI | ######## MON | 6/25/2019 TUE | 6/26/2019 WED | 6/27/2019 THU | ######## FRI | 7/1/2019 MON | ####### TUE | 7/3/2019 WED | 7/4/2019 THU | 7/5/2019 FRI | 7/8/2019 MON | MISC NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6/3 BANK BALANCE (All accounts)** | 9,875 | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SOURCES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESTAURANT NET RECEIPTS | Sun | Mon | Tues | Wed | Thu/Fri/Sat | Sun | Mon | Tues | Wed | Thu/Fri/Sat | Sun | Mon | Tues | Wed | Thu/Fri/Sat | Sun | Mon | Tues | Wed | Thu/Fri/Sat | Sun | Mon | Tues | Wed | Thu/Fri/Sat | |
| FD01 Mariemont | 2,769 | 2,132 | 2,323 | 2,845 | 14,517 | 4,179 | 2,109 | 2,323 | 2,987 | 15,243 | 4,388 | 2,214 | 2,439 | 2,987 | 15,243 | 4,388 | 2,269 | 2,500 | 3,062 | 15,624 | 4,498 | 2,326 | 2,563 | 3,139 | 16,015 | |
| FD02 Symmes | 340 | 2,578 | 2,075 | 3,546 | 15,812 | 3,041 | 2,013 | 2,075 | 3,724 | 16,602 | 3,193 | 2,114 | 2,179 | 3,724 | 16,602 | 3,193 | 2,167 | 2,233 | 3,817 | 17,017 | 3,273 | 2,233 | 2,289 | 3,912 | 17,442 | |
| FD03 Union | 43 | 1,732 | 1,391 | 2,406 | 11,150 | 1,995 | 1,737 | 1,391 | 2,526 | 11,708 | 2,095 | 1,824 | 1,461 | 2,526 | 11,708 | 2,095 | 1,870 | 1,498 | 2,589 | 12,001 | 2,147 | 1,917 | 1,535 | 2,654 | 12,301 | |
| FD04 Newport | 4,936 | 3,596 | 3,983 | 4,950 | 22,900 | 7,517 | 3,596 | 3,983 | 5,197 | 24,675 | 7,560 | 3,776 | 4,182 | 5,197 | 24,675 | 7,560 | 3,870 | 4,287 | 5,327 | 25,292 | 7,749 | 3,967 | 4,394 | 5,460 | 25,924 | |
| Door Dash ALL | | | | 3,301 | | | | | 5,000 | | | | | 5,000 | | | | 5,000 | | | | | 5,000 | | | |
| TOTAL RESTAURANT NET RECEIPTS | 8,695 | 10,791 | 10,505 | 18,326 | 69,207 | 17,987 | 10,164 | 10,505 | 20,892 | 73,345 | 18,529 | 10,672 | 11,030 | 20,892 | 73,345 | 18,529 | 10,939 | 11,306 | 21,279 | 75,179 | 18,992 | 11,226 | 11,590 | 21,677 | 77,059 | |
| **MISC INCOME** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL SOURCES** | 8,695 | 10,791 | 10,505 | 18,326 | 69,207 | 17,987 | 10,164 | 10,505 | 20,892 | 73,345 | 18,529 | 10,672 | 11,030 | 20,892 | 73,345 | 18,529 | 10,939 | 11,306 | 21,279 | 75,179 | 18,992 | 11,226 | 11,590 | 21,677 | 77,059 | |
| **USES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET USES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sales Tax - KY | | | | | | | | | | | | | | 15,000 | | | | | | | | | | | | |
| Sales Tax - OH | | | | | | | | | | | | | | | 15,000 | | | | | | | | | | | |
| Navitas - P&I | | | | | | | | | | | | | | | | | 2,526 | | | | | | | | | |
| N/P - Park - Restructure (P&I) | | | | 7,126 | | | | | | | | | | | | | | | | | | | 7,126 | | | |
| N/P - Park - CL (P&I) | | | | | | | | | | | | | | | | | | 3,663 | | | | | | | | |
| N/P - Park - Union (P&I) | | | | | 3,904 | | | | | | | | | | | | | | | | | | | | | |
| TOTAL BALANCE SHEET USES | 0 | 0 | 0 | 7,126 | 3,904 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000 | 0 | 15,000 | 2,526 | 0 | 3,663 | 0 | 0 | 0 | 7,126 | 0 | 0 | |
| **INCOME STATEMENT USES** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **COD/WIRES USES:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alcohol Deliveries | 4,800 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | |
| GFS - Food, Disposables, Sanitation, Dish Leases | | | 5,000 | 9,000 | 20,000 | | | 5,000 | 9,000 | 20,000 | | | 5,000 | 9,000 | 20,000 | | | 5,000 | 9,000 | 20,000 | | | 5,000 | 9,000 | 20,000 | |
| Corporate Payroll | | | | 6,500 | | | | | 12,580 | | 2,000 | | | | | | | 11,300 | | 2,000 | | | | | | |
| Mariemont/Union Payroll | | 35,000 | | | | | | | | | | 33,000 | | | | | | | | 33,000 | | | | | | |
| Symmes/Newport Payroll | | | | | | | 45,000 | | | | | | | | | 45,000 | | | | | | | | | | |
| Employee Benefits | | | | | | | | | | | | | | | | 6,000 | | | | | | | | | | |
| Workers Compensation | 2,307 | | | 2,212 | | | | | | | | | | | | | | | | | | | | | | Credit balances with OH & KY |
| TOTAL COD/WIRES USES | 7,107 | 36,500 | 6,500 | 12,712 | 28,000 | 1,500 | 46,500 | 6,500 | 10,500 | 34,080 | 1,500 | 36,500 | 6,500 | 10,500 | 27,500 | 1,500 | 46,500 | 6,500 | 10,500 | 32,800 | 1,500 | 36,500 | 6,500 | 10,500 | 21,500 | |
| **PAPER CHECK USES:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Auto Expense | | | | | | | | | | | | | | 558 | | | | | | | | | | | | Catering van payment ($558/mo) |
| Bank Fees/Wire Fees | | | | 800 | | | | | | | | | | | | | | | | | | | | | | |
| Dues & Subscriptions | | | | | | 150 | | | | | | | | | | | | | | 348 | 50 | | | | | TalentReef ($348/mo), YIFTEE ($50/mo), Fintech $150/mo |
| Equipment Leases | | | | | | | | | | | | | | | | | 400 | 418 | | | | | | | | Copier $400, A/C $418. Dishmachines included in GFS wires |
| Insurance | | | | 1,000 Assured | | | | | 1,000 Assured | | | | | 1,000 Assured | | | | | 1,000 Assured | | | | | 1,000 | | |
| Laundry & Linen | | | 300 | | | | | 300 | | | | | 300 | | | | | 300 | | | | | 300 | | | |
| Maintenance & Repair | | | | | 1,000 All FDs | | | | 1,000 All FDs | | | | | 1,000 All FDs | | | | | 1,000 All FDs | | | | | | 1,000 All FDs | |
| Payroll Processing Fees | | | 500 | | | | 500 | | | | 500 | | | | | 500 | | | | 600 | | | | | | |
| Permits & Licenses | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property Tax | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rent | | | | | 22,413 Newport | | | | | 10,083 Union | | | | | 9,919 Mariemont | | | | | | | | | 22,413 Newport | | |
| Security / Fire Alarm Monitoring | | | | | | | | | | 2,000 FD4 | | | | | | | | | | | | | | | | |
| Store Entertainment | | | | | | | | | | | | | | | | 455 | 516 | 551 | 493 | | | | | | | |
| Telephone/Internet | | | | | | | | 1,341 CBTS | | | | | | | | | | | | | | | | 1,341 CBTS | | |
| Utilities | | | 180 Florence water | | | | | | | | | | | | | | | | | | | 8,583 Duke | | | | |
| Trash | | | 808 | 375 | | | | | | | | | | | | | | | | | 240 | 808 | 375 | | | |
| Tax | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL PAPER CHECK USES | 0 | 0 | 1,488 | 1,675 | 23,213 | 1,000 | 1,491 | 500 | 1,300 | 3,000 | 10,083 | 500 | 0 | 2,313 | 11,435 | 551 | 993 | 0 | 1,300 | 1,748 | 9,051 | 840 | 23,221 | 3,016 | 1,000 | |
| **TOTAL USES** | 7,107 | 36,500 | 7,988 | 21,513 | 55,117 | 2,500 | 47,991 | 7,000 | 11,800 | 37,080 | 11,583 | 37,000 | 21,500 | 12,813 | 53,935 | 4,577 | 47,493 | 10,163 | 11,800 | 34,548 | 10,551 | 44,466 | 29,721 | 13,516 | 22,500 | |
| **DAILY SOURCES less USES** | 1,588 | (25,709) | 2,517 | (3,187) | 14,090 | 15,487 | (37,827) | 3,505 | 9,092 | 36,265 | 6,946 | (26,328) | (10,470) | 8,079 | 19,410 | 13,952 | (36,554) | 1,143 | 9,479 | 40,631 | 8,441 | (33,240) | (18,131) | 8,161 | 54,559 | |
| **RUNNING BALANCE** | 11,463 | (14,247) | (11,730) | (14,916) | (827) | 14,661 | (23,167) | (19,662) | (10,570) | 25,695 | 32,640 | 6,312 | (4,158) | 3,921 | 23,331 | 37,283 | 729 | 1,873 | 11,352 | 51,983 | 60,424 | 27,184 | 9,052 | 17,214 | 71,772 | |