**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No.1:18-bk-14408 |
| | * | Judge Jeffrey P. Hopkins |
| Flipdaddy's, LLC | * | Chapter 11 Proceeding |
| | * | |
| | * | |
| Debtor | * | |

_____

**STIPULATION AND AGREEMENT OF THE DEBTOR AND
PARK NATIONAL BANK TO MODIFY THE PROPOSED PLAN
TREATMENT OF PARK NATIONAL BANK (CLASS 1)**
_____

Now comes, Flipdaddy's, LLC, (the "Debtor") by and through undersigned counsel and Park National Bank ("Park National") by and through the undersigned counsel and stipulate and agree that the Debtor and Park National ("the Parties") have reached an agreement with respect to a modification of the Plan (Doc. No. 110) as to the treatment of Park National Bank under Class 1 of the Plan.

1. The Parties would stipulate and agree that the Plan treatment under *Class 1(b)(ii) Treatment*, provides the following:

> This claim shall be reduced to $200,000 by a payment of $50,000.00 from the Debtor or FDXII under the Backstop Commitment Agreement and upon such payment the balance of $200,000 shall be re-amortized over 8 years and accrue interest at the rate of 6% per annum.

2. The Parties agree that the Plan treatment should be modified to reflect the following:

> This claim shall be reduced to $200,000 by a payment of $50,000.00 from the Debtor or FDXII under the Backstop Commitment

Agreement and upon such payment the balance of $200,000 shall be re-amortized over ***7 years, maturing on 4/27/2026*** and accrue interest at the rate of 6% per annum.

***3.*** The proposed modification is reflected by the change from 8 years to 7 years and also includes the maturity date as set forth in ***bold and italicized.***

4. Based on this modification and change in the treatment of Park National Bank being accepted by the Court and approved as part of the order on Confirmation, Park National Bank intends to submit a ballot approving the Plan. In the event this modification and or change is not accepted by the Court, then nothing in this Stipulation shall affect or prejudice, or shall be deemed to affect or prejudice the rights of Park National to withdraw such ballot, present a ballot objecting to the Plan and to assert objections to the confirmation of the Plan, all of which are hereby reserved and preserved in all respects.

Diller & Rice, LLC

By   /s/Steven L. Diller
      Steven L. Diller (0023320)
Counsel for the Debtor
124 E. Main Street
Van Wert, Ohio  45891
Telephone (419) 238-5025
Facsimile: (419) 238-4705
E-mail: steven@drlawllc.com

Flagel & Papakirk, LLC

By   /s/Benjamin M. Rodriquez
      Benjamin M. Rodriguez (0079289)
Counsel for The Park National Bank
50 E-Business Way, Suite 410
Cincinnati, Ohio 45241
Telephone: (513) 984-8111
Fax: (513) 984-8118
E-mail: brodriguez@fp-legal.com

**Notice was electronically served on the date of entry on the following recipients:**

Asst US Trustee (Cin)
ustpregion09.ci.ecf@usdoj.gov

John C Cannizzaro on behalf of Creditor Gordon Food Service, Inc
John.Cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com

Casey M Cantrell Swartz on behalf of Interested Party Myers Y Cooper Company
cswartz@taftlaw.com, docket@taftlaw.com;lsutton@taftlaw.com

Rocco I Debitetto on behalf of Creditor IRC Newport Pavilion, LLC
ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Rocco I Debitetto on behalf of Creditor IRC Retail Centers LLC
ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Gregory D Delev on behalf of Creditor Ohio Department of Taxation
bankruptcy@delevlaw.com

Steven L Diller on behalf of Debtor In Possession Flipdaddy's, LLC
steven@drlawllc.com, kim@drlawllc.com;eric@drlawllc.com

Barry F Fagel on behalf of Creditor Bryant Hartke Construction
bfagel@lindhorstlaw.com

Brian T Giles on behalf of Creditor Creation Gardens, Inc.
Brian@gilesfirm.com, bgiles3434@gmail.com

Douglas N Hawkins on behalf of U.S. Trustee Asst US Trustee (Cin)
doug.hawkins@usdoj.gov, cathy.cooper@usdoj.gov

Benjamin M Rodriguez on behalf of Creditor The Park National Bank
brodriguez@fp-legal.com, kmorales@fp-legal.com

John A Schuh on behalf of Creditor Ford Motor Credit Company, LLC
jaschuhohecf@swohio.twcbc.com

Jason M Torf on behalf of Creditor Gordon Food Service, Inc
jason.torf@icemiller.com

**Notice was mailed to:**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0702

BDO USA, LLP
Laurence W Goldberg, Dir, Receivables Mg
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265

Greater Comfort Heating & Air
2001 Monmouth Street
Newport, KY 41071