**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-14408 |
| **Flipdaddy's, LLC** | : | JUDGE HOPKINS |
| Debtor In Possession | : | CHAPTER 11 |

**JOINDER OF THE MYERS Y. COOPER COMPANY TO THE OBJECTION OF IRC NEWPORT PAVILION, LLC TO THE CHAPTER 11 PLAN OF REORGANIATION OF FLIPDADDY'S LLC**

The Myers Y. Cooper Company ("**Myers Cooper**") hereby submits this joinder (the "**Joinder**") and joins in the *Objection of IRC Newport Pavilion, LLC to the Chapter 11 Plan of Reorganization of Flipdaddy's, LLC* [Docket No. 153] (the "**Objection**"). In support of its Joinder, Myers Cooper respectfully states as follows:

1. Myers Cooper and the Debtor are parties to a lease dated as of March 3, 2010 (as amended and extended, the "**Lease**") under which the Debtor leases from Myers Cooper the premises located at 7451 - 7455 Wooster Pike, Cincinnati, Ohio, as more particularly described in the Lease, (the "**Premises**"). The premises is located in the Wooster at Walton Creek shopping center in Mariemont, Ohio.

2. Prior to the Petition Date, [1] the Debtor failed to pay both November 2018 and December 2018 rent, resulting in a pre-petition arrearage of $16,041.89. *See* Clerk Claim No. 33.

3. Since the Petition Date, the Debtor remains in possession of the Premises, use and enjoyment of the Premises in its operations. In addition to operating its restaurant at the Premises, the Debtor's corporate offices have moved to the Premises.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning defined in the Objection.

25515937.1

4. Notwithstanding the Debtor's continued possession, use, and enjoyment of the Premises, the Debtor failed to make timely post-petition rent payment to Myers Cooper as required by Section 365(d)(3) of the Bankruptcy Code - all of Debtor's post-petition rent payments have been late.

5. On April 5, 2019, the Debtor filed the *Motion to Extend Time for the Acceptance and/or Rejection of Executory Contracts and Certain Leases* [Doc. No. 84] (the "**Extension Motion**") seeking to extend the time the Debtor has to either accept or reject unexpired leases until confirmation of a plan of reorganization.

6. On May 5, 2010, the court entered its *Order Approving Agreement of the Debtor and IRC Newport Pavilion, LLC and The Myers Y. Cooper Company Resolving the Objection to the Debtor's Motion to Extend the Time for the Acceptance and or Rejection of the Executory Contracts and Certain Leases* [Doc. No. 102] (the "**Assumption Agreed Order**").

7. Pursuant to the Assumption Agreed Order, the Debtor filed *Motion of the Debtor for an Order, Pursuant to 11 U.S.C. §§ 105(a) and 365(A) and Fed. R. Bankr. P. 6006, to (1) Assume an Executory Contract with the Myers Cooper Company, (2) Establish the Cure Amount and (3) Procedures Related Thereto* [Docket No. 116] (the "**Assumption Motion**") on June 7, 2019.

8. On June 28, 2019, Myers Cooper filed its objection to the Assumption Motion ("**Assumption Objection**") because, among other things, the Debtor failed to provide adequate assurance of future performance as required by Section 365(b)(1) of the Bankruptcy Code.

9. The Debtor paid the Cure Amount, as defined in the Assumption Objection, but has not yet provided Myers Cooper with adequate assurance of future performance.

## **JOINDER**

10. Myers Cooper agrees with the factual and legal bases for the Objection and, therefore, submits this Joinder in support thereof.

WHEREFORE, Myers Cooper respectfully requests the entry of an order (a) denying confirmation of the plan and (b) granting Myers Cooper such other and further relief to which it is justly entitled.

Dated: July 19, 2019

Respectfully submitted,

/s/ Casey Cantrell Swartz
Casey Cantrell Swartz (0079563)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 357-9452
Fax: (513) 381-0205
Email: cswartz@taftlaw.com

*Counsel for The Myers Y. Cooper Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that all ECF participants registered in this case were served electronically on the date of filing through the court's ECF System at the email address registered with the court, and on the following parties via U.S. Mail, postage paid, on July 19, 2019:

Belden Hill Private Equity, Inc.
160 Beldon Hill Road
Wilton, CT 06897

Dennis and Marsha Angelillo
370 Coppermill Road
Weathersfield, CT 06109

F Collett, LLC
3702 Fairfax Avenue
Dallas, TX 75209

Coca-Cola Bottling Co. Consolidated
PO Box 602937
Charlotte, NC 28260

Edward Beadle
168 Langford Lane
East Hartford, CT 06118

Giles & Lenox LLC
1018 Delta Avenue Suite 202
Cincinnati, OH 45208

25515937.1

Gordon Food Service
4980 Gateway Blvd.
Springfield, OH 45502

IRC Retail Centers
PO Box 6351
Carol Stream, IL 60197

Marshmallow Products
684 Dunwoodie Drive
Cincinnati, OH 45230

Nyhart Business Interest, LLC
575 Indian Hill Trail
Cincinnati, OH 45243

Plante & Moran, PLLC
16060 Collections Center Drive
Chicago, IL 60693

Steven A. Crawford
423 Knollwood Drive
Highland Heights, KY 41076

Thomas B. Kearney
7844 Classics Drive
Naples, FL 34113

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701

Guggenheim
3000 Internet Blvd. #570
Frisco, TX 75034

New Century Dynamics, Inc.
9370 Stoney Ridge Lane
Johns Creek, GA 30022

Phillip Fanning
62 Jaques Lane
South Windsor, CT 06074

Robert Dames
444 Ashworth Ct.
Cincinnati, OH 45255

The Fortuity Group
151 West Congress Street Suite 420
Detroit, MI 48226

UBS Financial Services
184 Limberty Corner Road 1st Floor
Warren, NJ 07059

BDO USA, LLP
Laurence W. Goldberg, Dr., Receivables Mgr
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265

Greater Comfort Heating & Air
2001 Monmouth Street
Newport, KY 41071

 

/s/ Casey Cantrell Swartz
Casey Cantrell Swartz (0079563)