# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ---------------------------------------------------------x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 1:18-bk-14408 |
| FLIPDADDY'S, LLC, | : | |
| | : | Chief Judge Jeffery P. Hopkins |
| Debtor. | : | |
| ---------------------------------------------------------- x | | |

## EXHIBIT LIST OF RESPONDENT IRC NEWPORT PAVILION, LLC WITH RESPECT TO JULY 30, 2019, HEARING

IRC Newport Pavilion, L.L.C. ("IRC"), by and through its undersigned counsel, hereby provides the following list of exhibits that Newport may seek to introduce into evidence in connection with the July 30, 2019, hearing on the *Motion of the Debtor for an Order, Pursuant to 11 U.S.C. §§105(a) and Fed. R. Bankr. P. 6006, to (1) Assume an Executory Contract with IRC Newport Pavilion, LLC, (2) Establish the Cure Amount and (3) Procedures Related Thereto* [Dkt. No. 115] filed on behalf of Flipdaddy's, LLC and the *Objection of IRC Newport Pavilion, L.L.C. to Motion to Assume Lease or Executory Contract with IRC Newport Pavilion, L.L.C. and Establish the Cure Amount and Procedures Related Thereto* [Dkt. No. 142]. Newport reserves the right to amend, supplement, or otherwise modify this list as necessary or proper, and to utilize not presently disclosed exhibits on rebuttal as needed.[1]

| **Designation** | **Description** | **Identified** | **Admitted** |
|---|---|---|---|
| Newport Exhibit A | Sublease Agreement | | |

---

[1] Due to volume, exhibits are not being mailed to United States Mail recipients of service. Electronic copies will be provided by electronic mail upon request to the undersigned counsel.

11127583.1

| **Designation** | **Description** | **Identified** | **Admitted** |
|---|---|---|---|
| Newport Exhibit B | Notices of Name Change Filed by Landlord in the State of Delaware and Commonwealth of Kentucky | | |
| Newport Exhibit C | Assignment and Assumption of Sublease dated October 15, 2014 | | |
| Newport Exhibit D | Stipulation of Term of Sublease dated February 2, 2015. | | |
| Newport Exhibit E | Flipdaddy's LLC Monthly Operating Report for the Period Ended 12/31/2018 [Dkt. No. 40] | | |
| Newport Exhibit F | Flipdaddy's LLC Supplemental Support Document to Monthly Operating Report for the Period Ended 12/31/2018 [Dkt. No. 41] | | |
| Newport Exhibit G | Flipdaddy's LLC Monthly Operating Report for the Period Ended 1/31/2019 [Dkt. No. 68] | | |
| Newport Exhibit H | Flipdaddy's LLC Monthly Operating Report for the Period Ended 2/28/2019 [Dkt. No. 80] | | |
| Newport Exhibit I | Flipdaddy's LLC Monthly Operating Report for the Period Ended 3/31/2019 [Dkt. No. 94] | | |
| Newport Exhibit J | Flipdaddy's LLC Monthly Operating Report for the Period Ended 4/30/2019 [Dkt. No. 108] | | |
| Newport Exhibit K | Flipdaddy's LLC Monthly Operating Report for the Period Ended 5/31/2019 [Dkt. No. 126] | | |
| Newport Exhibit L | Flipdaddy's LLC Amended Monthly Operating Report for the Period Ended 6/30/2019 [Dkt. No. 152] | | |
| Newport Exhibit M | Disclosure Statement for The Chapter 11 Plan of Reorganization of Flipdaddy's, LLC [Dkt. No. 109] | | |

July 23, 2019                                                    Respectfully submitted,

                                                  */s/* Rocco I. Debitetto
                                                  Rocco I. Debitetto (0073878)
                                                  Hahn Loeser & Parks LLP
                                                  200 Public Square, Suite 2800
                                                  Cleveland, Ohio 44114
                                                  Telephone:   (216) 621-0150
                                                  Facsimile:    (216) 241-2824
                                                  E-Mail:        ridebitetto@hahnlaw.com

*Counsel for Respondent, IRC Newport Pavilion, L.L.C.*

11127583.1                                            3

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was served on the 23rd day of July 2019 upon the parties identified on the attached Service List by the method indicated.

                                      /s/ Rocco I. Debitetto
                                      *One of the Attorneys for Respondent*

11127583.1

**SERVICE LIST**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov

- John C Cannizzaro    John.Cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com

- Casey M Cantrell Swartz    cswartz@taftlaw.com, docket@taftlaw.com;lsutton@taftlaw.com

- Rocco I Debitetto    ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

- Gregory D Delev    bankruptcy@delevlaw.com

- Steven L Diller    steven@drlawllc.com, kim@drlawllc.com;eric@drlawllc.com

- Barry F Fagel    bfagel@lindhorstlaw.com

- Brian T Giles    Brian@gilesfirm.com, bgiles3434@gmail.com

- Douglas N Hawkins    doug.hawkins@usdoj.gov, cathy.cooper@usdoj.gov

- Benjamin M Rodriguez    brodriguez@fp-legal.com, kmorales@fp-legal.com

- John A Schuh    jaschuhohecf@swohio.twcbc.com

- Jason M Torf    jason.torf@icemiller.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Belden Hill Private Equity, Inc.
160 Beldon Hill Road
Wilton, CT 06897

Coca-Cola Bottling Co. Consolidated
PO Box 602937
Charlotte, NC 28260

Dennis and Marsha Angelillo
370 Coppermill Road
Weathersfield, CT 06109

Edward Beadle
168 Langford Lane
East Hartford, CT 06118

F Collett, LLC
3702 Fairfax Avenue
Dallas, TX 75209

Giles & Lenox LLC
1018 Delta Avenue
Suite 202

Cincinnati, OH 45208

Gordon Food Service
4980 Gateway Blvd.
Springfield, OH 45502

Guggenheim
3000 Internet Blvd. #570
Frisco, TX 75034

IRC Retail Centers
PO Box 6351
Carol Stream, IL 60197

New Century Dynamics, Inc.
9370 Stoney Ridge Lane
Johns Creek, GA 30022

Marshmallow Products
684 Dunwoodie Drive
Cincinnati, OH 45230

Phillip Fanning
62 Jaques Lane
South Windsor, CT 06074

Nyhart Business Interest, LLC
575 Indian Hill Trail
Cincinnati, OH 45243

Robert Dames
444 Ashworth Ct.
Cincinnati, OH 45255

Plante & Moran, PLLC
16060 Collections Center Drive
Chicago, IL 60693

The Fortuity Group
151 West Congress Street
Suite 420
Detroit, MI 48226

Steven A. Crawford
423 Knollwood Drive
Highland Heights, KY 41076

UBS Financial Services
184 Limberty Corner Road
1st Floor
Warren, NJ 07059

Thomas B. Kearney
7844 Classics Drive
Naples, FL 34113

BDO USA, LLP
Laurence W. Goldberg, Dr., Receivables Mg
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701

Greater Comfort Heating & Air
2001 Monmouth Street
Newport, KY 41071

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0702

BDO USA, LLP
Laurence W Goldberg, Dir, Receivables Mg
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265

11127583.1  6

Greater Comfort Heating & Air
2001 Monmouth Street
Newport, KY 41071

Dated:	July 23, 2019

*/s/ Rocco I. Debitetto*
Rocco I. Debitetto (0073126)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Telephone:	(216) 621-0150
Facsimile:	(216) 241-2824
Email:	ridebitetto@hahnlaw.com

*Counsel for Respondent, IRC Newport Pavilion, L.L.C.*

11127583.1

7