| In re:   Flipdaddy's LLC | Post-Confirmation Status Report |
|---|---|
| Debtor | Quarter Ending:              03/31/2021 |
| Chapter 11 Case No:  18-BK-14408 | |

| Attoney Professional - Name, Address, Phone, Fax, Email | !Person responsible for report: Name, Address, Phone, Fax, Email |
|---|---|
| Steven L. Diller<br>Diller & Rice, LLC<br>124 E. Main Street<br>Van Wert, OH 45891<br>Business: 419-238-5025<br>Fax: 419-238-4705<br>steven @drlawllc.co m | Steven L. Diller<br>Diller & Rice, LLC<br>124 E. Main Street<br>Van Wert, OH 45891<br>Business: 419-238-5025<br>Fax: 419-238-4705<br>steven@ldrl awllc.com |

## SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| Dispursements made under the Plan: | | |
|---|---|---|
| | Payments to Professionals | $  - |
| | Payments to Secured Creditors | $  - |
| | Payments to Priority Creditors | |
| | Payments to Unsecured Creditors | $  - |
| | Payments to Equity | $  - |
| | All other plan payments | |
| | TOTAL OF PLAN PAYMENTS | $  - |
| Disbursements from Operations | | $  - |
| TOTAL ALL DISBURSEMENTS | | $  - |

| | |
|---|---|
| Date Order was entered confirming plan? | 8/15/2019 |
| Who is the Disbursing Agent (if any)? | |
| Current with Plan Payments? Why not? | See Attached | No |
| Projected date for final decree? | N/A |
| What needs to be achieved before a final decree will be sought (attach a separate sheet if necessary)? | See Attached. |
| Provide a narrative of events that impact upon the ability to perform under the reorganization plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary) | See Attached |
| Date last US Trustee fee paid? | 1/12/2021 |
| Amount Paid? | 25,392.93 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct

1/12/2021
Date

Steven L. Diller
Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered.  This report  is for*
*U.S. Trustee purposes only.  You may be required to file additional reports with the Bankruptcy Court.*

Flipdaddy's, LLC
Attachment to Post Confirmation Status Report
Quarter Ending 3/31/2021


As set forth in previous Post Confirmation Status Report, effective as of July 31, 2020, Flipdaddy's ceased operations at two of the 3 remaining locations and on August 31, 2020 ceased operations at its remaining locations. This is the final report in anticipation of the dismissal of this case,