**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 9, 2021**

Jeffery P. Hopkins
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: | Case. No. 18-14408 |
| Flipdaddy's LLC | Chapter 11 |
| Debtor | Judge Hopkins |

ORDER DISMISSING CHAPTER 11 CASE

This matter is before the Court on the Motion of the United States Trustee to Dismiss Chapter 11 Case, (Doc. #187), filed on September 21, 2020.  The Debtor filed a limited objection (Doc. #188) on October 12, 2020 indicating that it would agree to dismissal but not conversion.

The Debtor has filed the outstanding Post-confirmation Reports and has paid the outstanding quarterly fees.   Therefore, it is hereby ordered that the Motion of the United States Trustee is granted, and this case is dismissed.

IT IS SO ORDERED.

Order submitted by:

/s/Monica V. Kindt
Monica V. Kindt (0073085)
Assistant United States Trustee
United States Department of Justice
Office of U.S. Trustee
J.W. Peck Federal Building
550 Main Street Room 4-812
Cincinnati, Ohio 45202
Telephone: (513) 684-6988 ext. 226
Facsimile: (513) 684-6994
Email: monica.kindt@usdoj.gov

Seen by:

/s/ Steven L. Diller, Esq.
Steven L. Diller
Diller & Rice, LLC
124 E. Main Street
Van Wert, OH 45891
(419)-238-5025
Facsimile: (419) 238-4705

Copies to:

All creditors and parties in interest.

###